IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| MARJORIE A. HEISS, | ) Civil Action No. 1:12-cv-00456-RWR |
| GEOFFREY O.S. DAWSON, | ) |
| RIOT ACT DC, LLC, and | ) |
| SQUIID, INC., | ) |
| **Defendants.** | ) JURY TRIAL DEMANDED |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff John N. Xereas submits this Notice of Substitution of Counsel in the above-captioned litigation. Harlan Weiss, Leonard Koenick and Irwin H. Liptz of Kivitz & Liptz, LLC who have previously appeared in this action for Plaintiff John N. Xereas, are no longer counsel of record for Plaintiff. Tony C. Richa of Richa Law Group, P.C. and W. Todd Miller of Baker & Miller PLLC will now be counsel of record for Plaintiff John N. Xereas in this matter.

Accordingly, Plaintiff John N. Xereas respectfully requests that Harlan Weiss, Leonard Koenick and Irwin H. Liptz of Kivitz & Liptz, LLC be removed from the Court's electronic mail notice list and counsel's service lists, and that Tony C. Richa and W. Todd Miller be added to the

Court's electronic mail notice list and counsel's service lists.

Dated:  March 27, 2013                                              Respectfully Submitted,

/s/ W. Todd Miller
W. Todd Miller (D.C. Bar No. 414930)
tmiller@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Telephone:  202.663.7820
Fax:  202.663.7849

Tony C. Richa (*pro hac vice*)
richa@richalawgroup.com
RICHA LAW GROUP, P.C.
One Bethesda Center
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: 301.424.0222
Fax: 301.576.8600

*Attorneys for Plaintiff John N. Xereas*

## **CERTIFICATE OF SERVICE**

I, W. Todd Miller, hereby affirm and declare that on March 27, 2013, I caused a true and correct copy of the foregoing Notice of Substitution of Counsel to be served on all parties registered for this case via the Court's ECF system.

/s/ W. Todd Miller
W. Todd Miller