IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MARJORIE A. HEISS, | ) Civil Action No. 1:12-cv-00456-RCL |
| GEOFFREY O.S. DAWSON, and | ) |
| RIOT ACT DC, LLC, | ) |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR *PRO HAC VICE*
ADMITTANCE OF TONY C. RICHA**

In accordance with District of Columbia Local Civil Rule 83.2, W. Todd Miller, attorney admitted to practice in the United States District Court for the District of Columbia and attorney of record for Plaintiff, John N. Xereas, hereby moves this Honorable Court to admit Tony C. Richa of Richa Law Group, P.C., One Bethesda Center, 4800 Hampden Lane, Suite 200, Bethesda, MD 20814, to practice before the bar of this Court *pro hac vice* in order to appear and participate as counsel of record for the Plaintiff in this action. In support thereof, Counsel states as follows:

1. Mr. Richa, will remain, at all times associated in the action with the Plaintiff.

2. Attached hereto is a supporting Affidavit as required under the local rules with the information set forth therein.

2

WHEREFORE, Plaintiff prays this Honorable Court admit Tony C. Richa *pro hac vice* in the above matter and for such other and further orders as this Honorable Court deems just and proper in the premises.

| | |
|---|---|
| Dated:  August 14, 2013 | Respectfully Submitted, |

/s/ W. Todd Miller
W. Todd Miller (D.C. Bar No. 414930)
tmiller@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Telephone:  202.663.7820
Fax:  202.663.7849

*Attorney for Plaintiff John N. Xereas*

## CERTIFICATE OF SERVICE

  I, W. Todd Miller, hereby affirm and declare that on August 14, 2013, I caused a true and correct copy of the foregoing Plaintiff's Motion For *Pro Hac Vice* Admittance of Tony C. Richa to be served on all parties registered for this case via the Court's ECF system.

                  /s/ W. Todd Miller
                  W. Todd Miller