IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN N. XEREAS, individually, on behalf of himself, and derivatively, as a Member and Shareholder in Penn Social, LLC, on behalf of Penn Social, LLC f/k/a Riot Act DC, LLC**<br><br>**Plaintiff,**<br>**v.**<br><br>**MARJORIE A. HEISS,**<br>**GEOFFREY O.S. DAWSON, and**<br>**PENN SOCIAL, LLC f/k/a Riot Act DC, LLC,**<br><br>**Defendants.** | **Civil Action No. 1:12-cv-00456-RCL** |

## NOTICE OF APPEARANCE OF AMBER MCDONALD

TO: THE CLERK OF THE COURT

Please enter the appearance of Amber McDonald of the law firm of BAKER & MILLER, PLLC, as counsel on behalf of Plaintiff John N. Xereas, **only** in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: January 29, 2016

/s/ Amber McDonald
Amber McDonald (D.C. Bar No. 974873)
AMcDonald@BakerandMiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW Suite 300
Washington, DC 20037

Telephone:  202.663.7820
Fax:  202.663.7849

*Counsel for Plaintiff John N. Xereas*

## **CERTIFICATE OF SERVICE**

I, Amber McDonald, an attorney, hereby certify that on January 29, 2016, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF AMBER MCDONALD to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by first class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

    Respectfully submitted,

    BAKER & MILLER, PLLC

    /s/ Amber McDonald
    Amber McDonald
    2401 Pennsylvania Ave., NW
    Suite 300
    Washington, DC 20037
    (202) 663-7822
    AMcDonald@bakerandmiller.com

    *Counsel for Plaintiff John N. Xereas*