IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS, individually, on behalf of himself, and derivatively, as a Member and Shareholder in Penn Social, LLC, on behalf of Penn Social, LLC f/k/a Riot Act DC, LLC | ) ) ) ) ) ) |
| Plaintiff/Counter-Defendant, | ) Civil Action No. 1:12-cv-00456-RCL ) |
| v. | ) ) |
| MARJORIE A. HEISS, GEOFFREY O.S. DAWSON, and PENN SOCIAL, LLC f/k/a Riot Act DC, LLC, | ) ) ) ) ) |
| Defendants/Counter-Plaintiffs | ) ) |
| and | ) ) |
| DAWN HENDERSON, | ) ) |
| Counter-Defendant. | ) |

**PLAINTIFF JOHN N. XEREAS'S MOTION TO DISMISS COUNTS I – XII OF THE COUNTERCLAIMS OF DEFENDANTS MARJORIE A. HEISS, GEOFFREY O.S. DAWSON, AND RIOT ACT DC, LLC**

John N. Xereas ("Plaintiff"), individually, by and through his undersigned attorneys, respectfully submits the following Motion to Dismiss Defendants' Counterclaims and hereby moves to dismiss Counts I through XII of the Counterclaims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted.

WHEREFORE, Counter-Defendant respectfully requests that this Court dismiss Counts I through XII of the Counterclaims with prejudice. A Memorandum of Law in support of this Motion and a proposed order is attached.

Dated: April 15, 2016              Respectfully submitted,

                                                            /s/ W. Todd Miller
W. Todd Miller (D.C. Bar No. 414930)
tmiller@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Telephone:  202.663.7820
Fax:  202.663.7849

Tony C. Richa
richa@richalawgroup.com
Richa Law Group, LLC
One Bethesda Center
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: 301-424-0222
Facsimile: 301-576-8600

*Attorneys for Counter-Defendant John N. Xereas*