IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS, )  )  Plaintiff, )  )  v. )  )  MARJORIE A. HEISS, )  GEOFFREY O.S. DAWSON, and )  RIOT ACT DC, LLC, )  )  Defendants. ) | Civil Action No. 1:12-cv-00456-RCL   JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR *PRO HAC VICE*
ADMITTANCE OF ERIN GLAVICH**

In accordance with District of Columbia Local Civil Rule 83.2, W. Todd Miller, attorney admitted to practice in the United States District Court for the District of Columbia and attorney of record for Plaintiff, John N. Xereas, hereby moves this Honorable Court to admit Erin Glavich of Baker & Miller PLLC, 2401 Pennsylvania Avenue NW, Suite 300, Washington, DC 20037, to practice before the bar of this Court *pro hac vice* in order to appear and participate as counsel of record for the Plaintiff in this action. In support thereof, the Affidavit of Erin Glavich as required under the local rules is attached hereto.

WHEREFORE, Plaintiff prays this Honorable Court admit Erin Glavich *pro hac vice* in the above matter and for such other and further orders as this Honorable Court deems just and proper in the premises.

Dated:  November 28, 2017 | Respectfully Submitted,

/s/ W. Todd Miller
W. Todd Miller (D.C. Bar No. 414930)
tmiller@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Telephone:  202.663.7820
Fax:  202.663.7849

*Attorney for Plaintiff John N. Xereas*

## **CERTIFICATE OF SERVICE**

  I, W. Todd Miller, hereby affirm and declare that on November 28, 2017, I caused a true and correct copy of the foregoing Plaintiff's Motion For *Pro Hac Vice* Admittance of Erin Glavich to be served on all parties registered for this case via the Court's ECF system.

                 /s/ W. Todd Miller
                 W. Todd Miller