IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN N. XEREAS**<br><br>　　Plaintiff,<br><br>v.<br><br>**MARJORIE A. HEISS,** *et al.*,<br><br>　　Defendants. | Civil Action No. 1:12-cv-00456-RCL |

## NOTICE OF APPEARANCE OF ISHAI MOOREVILLE

TO: THE CLERK OF THE COURT

　　Please enter the appearance of Ishai Mooreville of the law firm of BAKER & MILLER PLLC, as counsel on behalf of Plaintiff John N. Xereas, in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: November 28, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Ishai Mooreville
　　　　　　　　　　　　　　　　　　　　Ishai Mooreville (D.C. Bar No. 999283)
　　　　　　　　　　　　　　　　　　　　BAKER & MILLER PLLC
　　　　　　　　　　　　　　　　　　　　2401 Pennsylvania Avenue, NW Suite 300
　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　Telephone: 202.663.7820
　　　　　　　　　　　　　　　　　　　　Fax: 202.663.7849
　　　　　　　　　　　　　　　　　　　　IMooreville@bakerandmiller.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff John N. Xereas*

## **CERTIFICATE OF SERVICE**

I, Ishai Mooreville, an attorney, hereby certify that on November 28, 2017, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF ISHAI MOOREVILLE to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

BAKER & MILLER, PLLC

/s/ Ishai Mooreville
Ishai Mooreville
2401 Pennsylvania Ave., NW
Suite 300
Washington, DC 20037
(202) 663-7822
IMooreville@bakerandmiller.com

*Counsel for Plaintiff John N. Xereas*
