UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-456 |
| MARJORIE A. HEISS, *et al.*, | ) |
| Defendants | ) |

**PROPOSED ORDER ON DEFENDANTS'
MOTIONS IN LIMINE**

In consideration of Defendants' Motion In Limne and all oppositions thereto:

IT IS ORDERED:

1. The expert reports and opinions of Plaintiff's identified experts Cindy Vu and James Morrissey are excluded from evidence as irrelevant, prejudicial and misleading.

2. Documents or testimony about any alleged physical or intimate relationship between Defendants Dawson and Heiss is inadmissible as both irrelevant and its probative value is outweighed by its substantial prejudicial effect.

3. Evidence of disputes Mr. Dawson or Ms. Heiss may have had between each other, other partners or third parties related to other businesses, including any litigation, suits or other claims lodged by or against Defendants Dawson or Heiss, is inadmissible.

4. Evidence and testimony regarding the zoning of Riot Act Comedy Theater and Penn Social, including reference to the "arts overlay," is inadmissible.

_____
Judge Deborah A. Robinson
Magistrate Judge U.S.D.C. for the Dist. Of Columbia