**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN N. XEREAS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) |
| | ) Civil Action No. 1:12-cv-00456-DAR |
| **MARJORIE A. HEISS,** | ) |
| **GEOFFREY O.S. DAWSON, and** | ) |
| **PENN SOCIAL, LLC f/k/a Riot Act** | ) |
| **DC, LLC,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

## I. Opening Instructions

1. If anyone cannot understand me during this process, please raise your hand and let me know.  I may ask you a few follow up questions.  Each day of trial, we will usually begin at ____ a.m. and adjourn at ____ p.m., and the trial is anticipated to last through the next four days, plus time for you, the jury, to deliberate.

## II. Questions for Each Individual Juror

1. Please state your occupation and the occupations of all persons living in your home, along with your relationship to them.  If your significant other does not live with you, please so state and share their occupation as well.  If you or your significant other is retired, unemployed or a homemaker, please describe the last job you held outside the home.

2. What is your educational background? What is the highest level of education you have received? What were your major areas of study?

3. What are your hobbies or things you like to do in your free time?

4. What kind of television shows or movies do you like to watch?

5. What is your primary source of news?

6. Have you or anyone you know ever owned their own business? (If yes, please tell me who, what business was owned, number of employees, and what you know or heard about the experience)?

7. Have you ever attempted to start your own business? If so, name the type of business and please describe the experience.

8. Have you ever been a principal of, manager of, supervisor of or a person with decision making authority of a business? If so, please identify the organization, describe your role, responsibilities, what you did for the organization and your experiences with the organization?

9. Do you know anyone personally who has been a principal of, manager of or a person with decision making authority of a business? If so, please identify the organization describe this person's role, responsibilities, what he/she did for the organization and his/her experiences with the organization?

10. Did you or any of your friends or family ever study, volunteer or work in any of the following fields and, if so, identify the person and state that individual's experience in the field: (a) legal/law/courts; (b) restaurant; (c) bar or nightclub; (d) comedy club; (e) entertainment; or (f) self-owned business.

11. Have you, or any of your family and friends, ever worked for, had a personal connection to, frequented or heard of any of the following businesses and, if so, identify the person and the connection to the business: Riot Act, Riot Act Comedy Club, Riot Act Comedy Theater, Penn Social, Tin Shop, Bedrock Management Group, Squiid, Inc, or Beyond Collective?

12. Have you, or any of your family and friends, ever worked for had a personal connection with or had experiences with any of the following entities and, if so, identify the person and the relationship/experience with the entity: DC Zoning Commission, DC Alcoholic Beverage Control Board, Alcoholic Beverage Regulation Administration, U.S. Patent and Trademark Office, any zoning agency and any regulatory agency.

13. Have you, or any of your family and friends, ever been involved in a civil lawsuit and, if so, identify the person, the nature of the lawsuit and the result.

14. Do you have strong opinions or feelings as it relates to any of the following and, if so, state your opinions and feelings: (a) Plaintiffs in a lawsuit; (b) Defendants in a lawsuit; (c) lawyers; (d) the legal system; (e) the number of lawsuits filed in the United States; or (f) damages that can be recovered through a lawsuit.

15. Do you prepare your own tax returns?  Do you keep the records for your return?  Do you keep invoices and receipts to assist with completion of your tax returns?

16. Do you believe a person can own a trademark, copyright, or patent?  Have you or someone you know ever owned a trademark, copyright, or patent?

17. Do you have any reason to believe that you would be unable to participate as juror impartially and fairly? If so, what are these reasons?

18. Do you know or recognize any of the people in the courtroom?  If so, who do you know or recognize, how do you know or recognize them, and for how long have you known them?

19. An injured party can ask for damages, which can be the form of money, an injunction (which is an order to stop), or other kinds of relief.  Are there any of you that feels that it would be difficult for you to award the Plaintiff compensatory damages?

20. Damages can be awarded for different purposes.  Compensatory damages act to compensate the injured party for the harm they've incurred.  Our legal system also can also award "punitive" damages.  Punitive damages are defined as damages beyond actual compensatory damages and are awarded to punish the Defendants so as to deter Defendants and other people or companies from engaging in the same wrongful acts. Are there any of you that feels that it would be difficult for you to award the Plaintiff punitive damages?  If so, why?

21. Does anyone believe they would have a hard time awarding a substantial amount of damages if the evidence justified it?

22. More than one witness in this case will be qualified to offer expert opinions in the areas of accounting, finance, forensic accounting, damage calculations and trademark valuation.  Would you be more likely to reject any part of the testimony because the witness is an expert?  If so, why?

23. One or more of the witnesses in this case may testify about observations made and actions taken in a professional capacity as a lawyer.  Would you be more likely to accept any part of the testimony because the witness is a lawyer?  If so, why?  Is there any reason that we have not addressed today that you may want to address privately that may

affect your ability to make a fair and impartial judgment in this case? If so, please raise your hand and we will discuss this with the judge and opposing counsel.

24. Is there any reason that I have not already covered that leads you to believe that you should not participate as a juror in this case if chosen? Is there anyone who answered a question a certain way, but now after having had more time to think about it, would like to change their answer?

Dated: October 15, 2018

Respectfully submitted,

<u>/s/ W. Todd Miller</u>
W. Todd Miller (D.C. Bar No. 414930)
Amber L. McDonald (D.C. Bar No. 974873)
Erin Glavich (Admitted Pro Hac Vice)
tmiller@bakerandmiller.com
amcdonald@bakerandmiller.com
eglavich@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW Suite 300
Washington, DC 20037
Telephone: 202-663-7820
Fax: 202-663-7849

Tony C. Richa
Richa@richalawgroup.com
Richa Law Group, LLC
One Bethesda Center
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: 301-424-0222

*Attorneys for Plaintiff John N. Xereas*

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby affirm and declare that on October 15, 2018, I caused a true and correct copy of the foregoing to be served on all Parties registered for this case via the Court's ECF system.

                                                      /s/ W. Todd Miller

                                                        W. Todd Miller