# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS,<br><br>Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>MARJORIE A. HEISS,<br>GEOFFREY O.S. DAWSON, and<br>PENN SOCIAL, LLC f/k/a Riot Act DC, LLC,<br><br>Defendants / Counterclaim Plaintiffs. | Civil Action No. 1:12-cv-00456-DAR |

## PLAINTIFF'S AMENDED OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBIT DESIGNATIONS

Pursuant to Federal Rule of Civil Procedure 26 and the October 5, 2018 agreement of the parties, Plaintiff submits his amended objections to Defendants' Exhibit Designations. Plaintiff reserves the right to revise and supplement his objections.

These objections have been made in advance of the rulings on the parties' motions *in limine*. Accordingly, Plaintiff further reserves the right to amend his objections based on rulings that may issue on motions before the Court or on facts that may become available or apparent before or during trial.

| DX No. | Bates No. / Description provided by Defendants | Objections |
|---|---|---|
| 1 | PSE017951 | FRE § 402 |
| 2 | PS000876-894 | |

| 3 | Xereas Deposition Exhibit 3 | |
| --- | --- | --- |
| 4 | PS000970-984 | |
| 5 | PS004310-4311 | FRE §§ 402-403 |
| 6 | PS004312-4343 | FRE §§ 402-403 |
| 7 | PSE102292 | FRE §§ 402-403 |
| 8 | PSE133338-9 | FRE §§ 402-403 |
| 9 | PSE015286-89 | FRE §§ 402-404, 608 |
| 10 | PSE134361 | FRE §§ 402-403 |
| 11 | PSE115112-13 | FRE §§ 402-403, 802 |
| 12 | PSE117300 | FRE §§ 402-403 |
| 13 | PSE111922 | FRE § 402 |
| 14 | PSE020247-48 | FRE §§ 402-403 |
| 15 | PSE212476-478 | FRE §§ 402-403 |
| 16 | PSE112924-925 | |
| 17 | PSE015117-121 | FRE §§ 402-403 |
| 18 | PSE114906 | FRE §§ 402-403 |
| 19 | PSE020199 | FRE §§ 402-403 |
| 20 | PSE000177 | FRE § 402 |
| 21 | PSE134108-109 | FRE §§ 402-403, 802 |
| 22 | JX004854- 4860 | FRE §§ 402-403 |
| 23 | JX004813-14 | FRE § 402 |
| 24 | JX004815-4828 | FRE §§ 402-403, 802 |
| 25 | JX004849 | FRE §§ 402-403, 802 |

| 26 | PS002005-2010 | FRE §§ 402-403, 802 |
|---|---|---|
| 27 | PS002011-2048 | FRE §§ 402-403, 802 |
| 28 | PS002049-2077 | FRE §§ 402-403, 802 |
| 29 | PS000970-984 | |
| 30 | PSE000430-431 | FRE §§ 402-403, 701, 802 |
| 31 | PSE143282-283 | FRE §§ 402, 802 |
| 32 | PSE006812-6813 | |
| 33 | ABRA letter to John Xereas dated Sept. 23, 2013 | FRE §§ 402 802 |
| 34 | PSE020223-224 | FRE §§ 403, 802 |
| 35 | Email dated Jan. 31, 2012 from Irwin Liptz | FRE § 802 |
| 36 | Letter dated Feb. 28, 2012 from Michael Conlon to Irwin Liptz | FRE §§ 608, 802 |
| 37 | Ex. 15 to O'Neil Declaration dated June 1, 2018 | FRE §§ 402, 802 |
| 38 | Exhibits to the Declaration of Shaun Robinson June 1, 2018 | Not produced during discovery; FRE §§ 402, 802 |
| 39 | Copier lease agreement signed by John Xereas on behalf of Bedrock Management | FRE §§ 402-404, 802 |
| 40 | Yelp review | Improperly identified; does not appear to have been produced during discovery (*i.e.*, no Bates numbers); FRE §§ 402, 802 |
| 41 | Document entitled "The re-branding of Riot Act Comedy Theater | Improperly identified; does not appear to have been produced during discovery |

| | | (i.e., no Bates numbers); FRE §§ 402-403, 802 |
|---|---|---|
| 42 | Letter dated March 22, 2012 from John Xereas to Emile Wolsky | |
| 43 | Letter dated May 31, 2012 from John Xereas to Fellow Investors | Improperly identified; document appears to be misidentified as Plaintiff is unable to locate any such letter |
| 44 | Various screen grabs from Riot Act Comedy twitter account dated 21 March 2012 | Improperly identified; does not appear to have been produced during discovery (*i.e*., no Bates numbers); FRE §§ 402-403 |
| 45 | Various Linkedin screen shot and statements by John Xereas | Improperly identified; does not appear to have been produced during discovery (*i.e*., no Bates numbers); FRE §§ 402-403 |
| 46 | Email from Peter Bayne to Geoffrey Dawson dated March 27, 2012 with text message screen grab | Improperly identified; does not appear to have been produced during discovery (*i.e*., no Bates numbers); FRE §§ 402-403 |
| 47 | Executed Quitclaim Trademark and Domain Name Assignment dated July 1, 2012 | FRE § 403 |
| 48 | PSE124540-541 | FRE §§ 402, 802 |
| 49 | PSE000432-33 | FRE §§ 402-403, 802 |
| 50 | PSE009577-81 | |
| 51 Duplicate of 30 | PSE000430-31 | FRE §§ 402-403, 701, 802 |
| 52 Duplicate of 32 | PSE006812-13 | |
| 53 | PSE007916-19 | |
| 54 | PSE009671-77 | |

| | | |
|---|---|---|
| 55 | PSE107556-58 | FRE §§ 402, 802 |
| 56 | PSE055654-55 | FRE §§ 402, 802 |
| 57<br>Duplicate of 36 | JX004808-10 | FRE §§ 608, 802 |
| 58 | JX001765-66 | |
| 59 | PS000928-967 | |
| 60 | PSE143746-47 | FRE § 402 |
| 61<br>Duplicate of 21 | PSE134108-09 | FRE §§ 402-403, 802 |
| 62 | PSE133363 | FRE §§ 402-403, 802 |
| 63<br>Duplicate of 18 | PSE114906 | FRE §§ 402-403 |
| 64 | PSE114889-90 | FRE §§ 402 |
| 65 | PSE113427 | FRE §§ 402-403, 802 |
| 66 | PSE042936 | FRE §§ 402-403, 802 |
| 67 | PSE015613-14 | FRE §§ 402, 802 |
| 68 | PSE015318 | FRE §§ 402, 802 |
| 69 | PSE015292-93 | FRE §§ 402, 802 |
| 70 | PSE015287-89 | FRE §§ 402-404, 701, 802 |
| 71 | PSE015286 | FRE §§ 106, 402, 802 |
| 72 | PSE015272 | FRE §§ 402, 802 |
| 73 | PSE014982-84 | FRE §§ 402-403, 701, 802 |
| 74 | PSE009039-40 | FRE §§ 402, 802 |
| 75 | All exhibits designated by Plaintiff | |

Dated: October 22, 2018

Respectfully Submitted,

/s/ W. Todd Miller
W. Todd Miller (D.C. Bar No. 414930)
Amber L. McDonald (D.C. Bar No. 974873)
Erin Glavich (admitted *pro hac vice*)
tmiller@bakerandmiller.com
amcdonald@bakerandmiller.com
eglavich@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Telephone:  202.663.7820
Fax:  202.663.7849

Tony C. Richa (admitted *pro hac vice*)
richa@richalawgroup.com
RICHA LAW GROUP, P.C.
One Bethesda Center
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: 301.424.0222
Fax: 301.576.8600

*Attorneys for Plaintiff/Counter-Defendant John N. Xereas*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby affirm and declare that on October 22, 2018, I caused a true and correct copy of the foregoing PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBIT DESIGNATIONS to be served on all Parties registered for this case via the Court's ECF system.

/s/ Amber L. McDonald
Amber L. McDonald