**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |   |
|---|---|
| JOHN N. XEREAS,<br><br>Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>MARJORIE A. HEISS,<br>GEOFFREY O.S. DAWSON, and<br>PENN SOCIAL, LLC f/k/a Riot Act DC, LLC,<br><br>Defendants / Counterclaim Plaintiffs. | Civil Action No. 1:12-cv-00456-DAR |

**PLAINTIFF'S AMENDED OBJECTIONS TO**
**DEFENDANTS' PROPOSED WITNESS DESIGNATIONS**

Pursuant to Federal Rule of Civil Procedure 26 and the and the October 5, 2018 agreement of the parties, Plaintiff submits his amended objections to Defendants' Witness Designations. Plaintiff reserves the right to revise and supplement his objections.

These objections have been made in advance of the rulings on the motions *in limine*. Accordingly, Plaintiff further reserves the right to amend his objections based on rulings that may issue on motions before the Court or on facts that may become available or apparent before or during trial.

Plaintiff does not presently object to any witness on Defendants' "will call" witness list. Plaintiff does, however, object to the inclusion of James Robichaud and Daniel Williams on Defendants' "may call" witness list as neither was identified on Defendants' Rule 26 disclosures. Plaintiff further objects to the inclusion of Curt Large, Lloyd Greenberg, Daniel Williams, and Tom DiTonto as irrelevant.

Dated:  October 22, 2018          Respectfully Submitted,

/s/ W. Todd Miller
W. Todd Miller (D.C. Bar No. 414930)
Amber L. McDonald (D.C. Bar No. 974873)
Erin Glavich (admitted *pro hac vice*)
tmiller@bakerandmiller.com
amcdonald@bakerandmiller.com
eglavich@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Telephone:  202.663.7820
Fax:  202.663.7849

Tony C. Richa (admitted *pro hac vice*)
richa@richalawgroup.com
RICHA LAW GROUP, P.C.
One Bethesda Center
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: 301.424.0222
Fax: 301.576.8600

*Attorneys for Plaintiff/Counter-Defendant John N. Xereas*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby affirm and declare that on October 22, 2018, I caused a true and correct copy of the foregoing PLAINTIFF'S AMENDED OBJECTIONS TO DEFENDANTS' PROPOSED WITNESS DESIGNATIONS to be served on all Parties registered for this case via the Court's ECF system.

/s/ Amber L. McDonald

Amber L. McDonald