**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN N. XEREAS,**<br>**Plaintiff/ Counterclaim Defendant,**<br><br>v.<br><br>**MARJORIE A. HEISS,**<br>**GEOFFREY O.S. DAWSON, and**<br>**PENN SOCIAL, LLC f/k/a Riot Act DC, LLC,**<br><br>**Defendants / Counterclaim Plaintiffs.** | **Civil Action No. 1:12-cv-00456-DAR** |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS'
PROPOSED VOIR DIRE QUESTIONS**

Plaintiff does not object to Defendants' Proposed Voir Dire questions to the extent that they are asked in conjunction with Plaintiffs' questions. Specifically, Plaintiffs' proposed questions cover two areas that Defendants' questions do not: certain general questions, such as questions 1-5, and more targeted, technical questions, such as 15-23.

Broad, general questions, such as Plaintiff's proposed questions 1-5, allow jurors to answer briefly and on non-controversial topics, permitting both counsel to accurately judge each juror's comprehension and communication. *See, e.g.,* Comment (e.) by Judge Atkins, Gordon Bermant, "Jury Selection Procedures in United States District Courts," FEDERAL JUDICIAL CENTER (1982), p. 11.

Additionally, questions such as Plaintiff's proposed questions 15-23 seek to root out bias and/or specialized knowledge on the case's more technical aspects of business accounting and bookkeeping, as well as trademark. These questions are not geared towards any didactic ends, but seek, for example, to root out whether any individual is inherently against the concept of intellectual property ownership, which itself is not at question in the lawsuit. Finally, both

counsel benefit from having a baseline grasp of the jury's understanding of technical material, be it business record keeping or trademark, and can instruct all witnesses on how to gear testimony towards the comprehension level of the jury.

Dated:  October 22, 2018

Respectfully Submitted,

/s/ W. Todd Miller
W. Todd Miller (D.C. Bar No. 414930)
Amber L. McDonald (D.C. Bar No. 974873)
Erin Glavich (admitted *pro hac vice*)
tmiller@bakerandmiller.com
amcdonald@bakerandmiller.com
eglavich@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Telephone:  202.663.7820
Fax:  202.663.7849

Tony C. Richa (admitted *pro hac vice*)
richa@richalawgroup.com
RICHA LAW GROUP, P.C.
One Bethesda Center
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: 301.424.0222
Fax: 301.576.8600

*Attorneys for Plaintiff/Counter-Defendant John N. Xereas*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby affirm and declare that on October 22, 2018, I caused a true and correct copy of the foregoing PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS to be served on all counsel of record by ECF.

/s/ Amber L. McDonald

Amber L. McDonald