# EXHIBIT A

VERDICT FORM \_\_\_\_
AFFIRMATIVE DEFENSES – TRADEMARK ABANDONMENT

1. Did the Plaintiff successfully prove any of his trademark claims against Defendants?

   _____ YES            _____ NO

   *If you answered "No" to question 1, your verdict is for the defendant and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Was the Plaintiff awarded damages for any of his trademark claims against Defendants?

   _____ YES            _____ NO

   *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, your verdict is for the defendant and your work is done.*

3. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff discontinued the use of his trademark with the intent not to resume such use for a period of three consecutive years?

   _____ YES            _____ NO

   *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. If you answered number 3 above affirmatively, by what amount do you decrease Plaintiff's award due to his abandonment of his trademark, if any?

   $ _____

   Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM \_\_\_\_
AFFIRMATIVE DEFENSES – FRAUD ON THE UNITED STATES PATENT & TRADEMARK OFFICE

1. Did the Plaintiff successfully prove any of his trademark claims against Defendants?

   _____ YES              _____ NO

   *If you answered "No" to question 1, your verdict is for the defendant and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Was the Plaintiff awarded damages for any of his trademark claims against Defendants?

   _____ YES              _____ NO

   *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, your verdict is for the defendant and your work is done.*

3. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff knowingly made false, material representations of fact in connection with his application or registration with the intent to deceive the United States Patent & Trademark Office?

   _____ YES              _____ NO

   *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. If you answered number 3 above affirmatively, by what amount do you decrease Plaintiff's award due to his fraud on the United States Patent & Trademark Office, if any?

   $ _____

   Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM \_\_\_\_
AFFIRMATIVE DEFENSES – FAILURE TO MITIGATE DAMAGES

1. Did the Plaintiff successfully prove his breach of contract claim against Defendants?

   _____ YES          _____ NO

   *If you answered "No" to question 1, your verdict is for the defendant and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Was the Plaintiff awarded damages for his breach of contract claim against Defendants?

   _____ YES          _____ NO

   *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, your verdict is for the defendant and your work is done.*

3. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff did not take reasonable steps to avoid further injury and reduce his loss?

   _____ YES          _____ NO

   *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. If you answered number 3 above affirmatively, by what amount do you decrease Plaintiff's award as a result of Plaintiff's failure to mitigate damages, if any?

   $ _____

   Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM \_\_\_\_
COUNTERCLAIM - BREACH OF CONTRACT

1. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff owed Defendants certain duties and obligations as stated in the Operating Agreement?

   _____ YES          _____ NO

   *If you answered "No" to question 1, your verdict is for the plaintiff and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff breached his duties and obligation as stated in the Operating Agreement?

   _____ YES          _____ NO

   *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, your verdict is for the plaintiff and your work is done.*

3. Did the Defendants establish, by a preponderance of the evidence, that as a result of the Plaintiff's breach of his contractual obligations, Defendants were injured and suffered damages?

   _____ YES          _____ NO

   *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. What is the total extent of damages Defendants are entitled to recover for this claim?

   $ _____

   Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM \_\_\_\_
COUNTERCLAIMS - BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING

1. Did the Defendants establish, by a preponderance of the evidence, that that the Plaintiff owed Defendants certain duties and obligations as stated in the Operating Agreement?

    _____ YES             _____ NO

    *If you answered "No" to question 1, your verdict is for the plaintiff and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff owed a duty of good faith and fair dealing to Defendants?

    _____ YES             _____ NO

    *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, your verdict is for the plaintiff and your work is done.*

3. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff breached his duty of good faith and fair dealing?

    _____ YES             _____ NO

    *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. Did the Defendants establish, by a preponderance of the evidence, that as a result of the Plaintiff's breach of his duty of good faith and fair dealing, Defendants were injured and suffered damages?

    _____ YES             _____ NO

    *If you answered "Yes" to question 4, please go to question 5. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

5. What is the total extent of damages Defendants are entitled to recover for this claim?

    $ _____

      Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM \_\_\_\_
COUNTERCLAIMS – TORTIOUS INTERFERENCE WITH EXISTING BUSINESS RELATIONSHIPS

1. Did the Defendants establish, by a preponderance of the evidence, that there was a contract or business relationship between the Defendants and certain third parties?

    _____ YES              _____ NO

    *If you answered "No" to question 1, your verdict is for the plaintiff and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff had knowledge of that contract or relationship?

    _____ YES              _____ NO

    *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, please go to question 4.*

3. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff acted intentionally to interfere with the performance of the contract or relationship in a way that caused a third party to breach or end the prospective relationship with Defendants?

    _____ YES              _____ NO

    *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. Did the Defendants establish, by a preponderance of the evidence, that as a result of Plaintiff's intentional interference, Defendants were injured and suffered damages?

    _____ YES              _____ NO

    *If you answered "Yes" to question 4, please go to question 5. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

5. What is the total extent of damages Defendants are entitled to recover for this claim?

    $ _____

Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM \_\_\_\_
BREACH OF FIDUCIARY DUTY

1. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff owed a fiduciary duty to the Defendants?

   _____ YES              _____ NO

   *If you answered "No" to question 1, your verdict is for the plaintiff and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff breached this fiduciary duty?

   _____ YES              _____ NO

   *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, your verdict is for the plaintiff and your work is done.*

3. Did the Defendants establish, by a preponderance of the evidence, that as a result of the Plaintiff's breach of his fiduciary duty, Defendants were injured and suffered damages?

   _____ YES              _____ NO

   *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. What is the total extent of damages Defendants are entitled to recover for this claim?

   $ _____

   Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM \_\_\_\_
COUNTERCLAIMS – VIOLATION OF COMPUTER FRAUD AND ABUSE ACT

1. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff intentionally accessed a computer without authorization or exceeded authorized access?

    _____ YES             _____ NO

    *If you answered "No" to question 1, your verdict is for the plaintiff and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff obtained information from that computer?

    _____ YES             _____ NO

    *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, please go to question 3.*

3. Did the Defendants establish, by a preponderance of the evidence, that as a result of Plaintiff's intentional acts, Defendants were injured and suffered damages during any one-year period aggregating at least $5,000 in value?

    _____ YES             _____ NO

    *If you answered "Yes" to question 4, please go to question 5. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. What is the total extent of damages Defendants are entitled to recover for this claim?

    $ _____

    Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM \_\_\_\_
COUNTERCLAIMS – CONVERSION

1. Did the Defendants establish, by a preponderance of the evidence, that Defendants owned or had the right control their personal property?

   _____ YES              _____ NO

   *If you answered "No" to question 1, your verdict is for the plaintiff and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff intentionally and substantially interfered with Defendant's property in a manner that amounted to depriving the Defendants of that property?

   _____ YES              _____ NO

   *If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, please go to question 4.*

3. Did the Defendants establish, by a preponderance of the evidence, that the Defendants did not consent to Plaintiff's taking and retaining the property?

   _____ YES              _____ NO

   *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

4. Did the Defendants establish, by a preponderance of the evidence, that the Plaintiff refused to return the property upon the Defendants' request?

   _____ YES              _____ NO

   *If you answered "Yes" to question 4, please go to question 5. If you answered "No" your verdict is for the plaintiff and your work is done. Please sign and date the verdict form.*

5. What is the total extent of damages Defendants are entitled to recover for this claim?

   $ _____

Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson