# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS,<br><br>Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>MARJORIE A. HEISS,<br>GEOFFREY O.S. DAWSON, and<br>PENN SOCIAL, LLC f/k/a Riot Act DC, LLC,<br><br>Defendants / Counterclaim Plaintiffs. | Civil Action No. 1:12-cv-00456-DAR |

## NOTICE TO COURT REGARDING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED DEPOSITION DESIGNATIONS

Pursuant to the Court's Amended Scheduling Order dated December 22, 2017, ECF 135, Plaintiff and Defendants exchanged Trial Witness Lists, Deposition Designations and Trial Exhibits Lists on July 18, 2018. Plaintiff's Objections to Defendants' Proposed Deposition Designations were then served on all parties by Plaintiff's Counsel, Amber L. McDonald on August 1, 2018. *See* Exhibit A.

In adherence with Local Rule 16.5(e), the Plaintiff hereby files his Objections to Defendants' Deposition Designations prior to the Pre-Trial Conference.

Dated:  October 23, 2018

Respectfully Submitted,

/s/ W. Todd Miller
W. Todd Miller (D.C. Bar No. 414930)
Amber L. McDonald (D.C. Bar No. 974873)
Erin Glavich (admitted *pro hac vice*)
tmiller@bakerandmiller.com
amcdonald@bakerandmiller.com
eglavich@bakerandmiller.com
BAKER & MILLER PLLC

2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Telephone: 202.663.7820
Fax: 202.663.7849

Tony C. Richa (admitted pro hac vice)
richa@richalawgroup.com
RICHA LAW GROUP, P.C.
One Bethesda Center
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: 301.424.0222
Fax: 301.576.8600

Attorneys for Plaintiff/Counter-Defendant
John N. Xereas

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby affirm and declare that on October 23, 2018, I caused a true and correct copy of the foregoing NOTICE TO COURT REGARDING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED DEPOSITION DESIGNATIONS to be served on all counsel of record by ECF.

                                                /s/ Amber L. McDonald
                                                Amber L. McDonald