**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN N. XEREAS, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 12-456 |
| MARJORIE A. HEISS, *et al.*, | ) |
|     Defendants | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in the court, and I appear in this case as counsel for defendants Marjorie Heiss, Geoffrey Dawson and Riot Act DC, LLC.

                                                /s/_____
                                               Miles K. Karson
                                               Bar No. 986639
                                               MILLER FRIEL, PLLC
                                               1200 New Hampshire Avenue, N.W.
                                               Washington, DC 20036
                                               Telephone (202) 760-3165
                                               Facsimile (202) 459-9537
                                               karsonm@millerfriel.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Entry of Appearance was filed electronically with the Court's CM/ECF system on October 23, 2018, which then notified counsel of record noted below:

> W. Todd Miller, Esq.
> Baker & Miller PLLC
> 2401 Pennsylvania Ave, NW
> Suite 300
> Washington, D.C. 20037
> Attorney for John Xereas
>
> Tony C. Richa, Esq.
> Richa Law Group, P.C.
> 4800 Hampden Lane
> Suite 200
> Bethesda, MD 20814
> Attorney for John Xereas

                                                /s/_____
                                                William T. O'Neil