# EXHIBIT B –
# PLAINTIFF'S AMENDED PROPOSED
# VERDICT FORMS
# (Final Format)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN N. XEREAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:12-cv-00456-DAR |
| MARJORIE A. HEISS, | ) | |
| GEOFFREY O.S. DAWSON, and | ) | |
| PENN SOCIAL, LLC f/k/a Riot Act | ) | |
| DC, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S AMENDED PROPOSED VERDICT FORMS**

VERDICT FORM \_\_\_\_
TRADEMARK INFRINGEMENT

1. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants used the RIOT ACT Trademark without the Plaintiff's permission in interstate commerce in connection with the provision of goods and/or services?

   _____ YES                    _____ NO

   *If you answered "Yes" to question 1, please go to question 2. If you answered "No" your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

2. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants used the RIOT ACT Trademarks in such a manner that misled third parties into believing that Defendants owned or had the right to use the RIOT ACT Trademarks?

   _____ YES                    _____ NO

   *If you answered "Yes" to question 2, please go to question35. If you answered "No" your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

3. What is the total extent of damages Plaintiff is entitled to recover for this claim?

   $ _____

   Please sign and date the verdict form.

   DATED: Nov _____, 2018


   _____
   Signature of Foreperson

VERDICT FORM _____
UNFAIR COMPETITION

1. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants use of the RIOT ACT name was in such a manner that misled third parties into believing that Riot Act, LLC, Dawson and/or Heiss owned the RIOT ACT name

_____ YES                    _____ NO

*If you answered "No" to question 1, your verdict is for the defendant and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Plaintiff establish, by a preponderance of the evidence, that the misrepresentation of an association to the Defendants caused a likelihood of confusion for third parties as to the origin of the goods/services associated with the RIOT ACT name.

_____ YES                    _____ NO

*If you answered "Yes" to question 2, go to question 3. If you answered "No" to question 2, your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

3. Did the Plaintiff establish, by a preponderance of the evidence, that the Plaintiff suffered damages as a result of Defendants' continued unauthorized use?

_____ YES                    _____ NO

*If you answered "Yes" to question 3, go to question 4. If you answered "No" to question 3, your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

4. What is the total extent of damages Plaintiff is entitled to recover for this claim?

$ _____

Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM _____

BREACH OF CONTRACT AND OF THE COVENANT OF GOOD FAITH
AND FAIR DEALING – PLAINTIFF

1. Did the Plaintiff establish, by a preponderance of the evidence, that a Limited Liability
Company and/or an Operating Agreement exists between the Plaintiff and Defendants
Dawson and Heiss?

_____ YES                    _____ NO

*If you answered "No" to question 1, your verdict is for the defendant and your work is
done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants
fraudulently induced the Plaintiff to contribute his time and industry expertise, contacts
and business plans, and the right to use the Plaintiff's Trademarks and domain names, to
the Venture?

_____ YES                    _____ NO

*If you answered "Yes" to question 2, go to question 3. If you answered "No" to question
2, please go to question 4.*

3. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants
undermined or sabotaged the Plaintiff's efforts, and/or that Defendants terminated
Plaintiff Xereas's participation, involvement, and/or ownership in the Venture?

_____ YES                    _____ NO

*If you answered "Yes" to question 3, please go to question 4. If you answered "No" your
verdict is for the defendant and your work is done. Please sign and date the verdict form.*

4. Did the Plaintiff establish, by a preponderance of the evidence, that as a result of
Defendants' breach of their duty of good faith and fair dealing, Plaintiff was injured and
suffered damages?

_____ YES                    _____ NO

*If you answered "Yes" to question 4, please go to question 5. If you answered "No" your
verdict
is for the defendant and your work is done. Please sign and date the verdict form.*

5. What is the total extent of damages Plaintiff is entitled to recover for this claim?

$ _____

Please sign and date the verdict form.

DATED: Nov _____, 2018


_____
Signature of Foreperson

VERDICT FORM _____
BREACH OF CONTRACT/BREACH OF COVENANT OF GOOD FAITH

1. Did the Plaintiff establish, by a preponderance of the evidence, that Operating Agreement and/or a verbal contract exists between the Plaintiff and Defendants Dawson and Heiss

_____ YES          _____ NO

*If you answered "No" to question 1, your verdict is for the defendant and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants committed one of more of the following acts?
   a. Breach of the written terms of the Operating Agreement
   b. Breach of the verbal contract between the parties
   c. Trademark Infringement and False Designation
   d. Conversion
   e. Fraudulent Inducement
   f. Willfully Rendering Imperfect Performance
   g. Interference with the Plaintiff's performance
   h. Breach of their duty of good faith and fair dealing

_____ YES          _____ NO

*If you answered "Yes" to question 2, please go to question 3. If you answered "No" to question 2, your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

3. Did the Plaintiff establish, by a preponderance of the evidence, that he was injured and suffered damages as a result of the Defendants breach of their contractual obligations?

_____ YES          _____ NO

*If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

4. What is the total extent of damages Plaintiff is entitled to recover for this claim?

$ _____

Please sign and date the verdict form.

DATED: Nov _____, 2018


_____

Signature of Foreperson

VERDICT FORM _____
UNJUST ENRICHMENT - PLAINTIFF

1.  Did the Plaintiff establish, by a preponderance of the evidence, that Plaintiff conferred a benefit on the Defendants by providing his labor, time, expertise, trademark, domain names, or list of contacts to the LLC?

    _____ YES                      _____ NO

    *If you answered "No" to question 1, your verdict is for the defendant and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2.  Did the Plaintiff establish, by a preponderance of the evidence, that Defendants retained that benefit?

    _____ YES                      _____ NO

    *If you answered "Yes" to question 2, please go to question 3. If you answered "No" to question 2, your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

3.  Did the Plaintiff establish, by a preponderance of the evidence, that Defendants' retention was unjust as the Plaintiff has been irreparably harmed and that the Plaintiff has not been adequately compensated for the benefit he conferred on the LLC?

    _____ YES                      _____ NO

    *If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

4.  What is the total extent of damages Plaintiff is entitled to recover for this claim?

    $ _____

    Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson

VERDICT FORM _____
CYBERSQUATTING

1. Did the Plaintiff establish, by a preponderance of the evidence, that Plaintiff's RIOT ACT Trademark was distinctive and had acquired secondary meaning at the time Defendants caused to registered, registered and/or used the RIOT ACT Domain Names?

_____ YES                    _____ NO

*If you answered "No" to question 1, your verdict is for the defendant and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Plaintiff establish, by a preponderance of the evidence, that The RIOT ACT Domain Names are identical and/or confusingly similar to the RIOT ACT Trademarks?

_____ YES                    _____ NO

*If you answered "Yes" to question 2, please go to question 3. If you answered "No" to question 2, your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

3. Did the Plaintiff establish, by a preponderance of the evidence clear and convincing evidence, that Defendants had a bad faith intent to profit when they used the RIOT ACT Domain Names?

_____ YES                    _____ NO

*If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

4. What is the total extent of damages Plaintiff is entitled to recover for this claim?

$ _____

Please sign and date the verdict form.

DATED: Nov _____, 2018


_____
Signature of Foreperson

VERDICT FORM _____
BREACH OF FIDUCIARY DUTY OF LOYALTY AND CARE – PLAINTIFF

1. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants owed a fiduciary duty of loyalty and care to both the LLC and other the other members?

_____ YES                    _____ NO

*If you answered "No" to question 1, your verdict is for the defendant and your work is done. If you answered "Yes" to question 1, go on to question 2.*

2. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants breached their duty of loyalty by one or more of the following?

   a. Defendants used LLC funds without providing Plaintiff invoices or receipts substantiating the legitimate business purpose for LLC expenditures; or

   b. Defendants did not give the Plaintiff access to corporate records; or

   c. Defendants failed to disclose material facts concerning the business.

_____ YES                    _____ NO

*If you answered "Yes" to question 2, please go to question 3. If you answered "No" to question 2, your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

3. Did the Plaintiff establish, by a preponderance of the evidence, that Defendants breached their duty of care by any one or more of the following?

   a. Defendants used LLC funds without providing invoices or receipts substantiating the legitimate business purpose for LLC expenditures; or

   b. Defendants conduct, supported by any of the evidence presented at trial, constituted willful or intentional misconduct or, in the alternative was grossly negligent or reckless conduct; or

   c. Defendant Heiss violated the D.C. Rules of Professional Conduct.

_____ YES                    _____ NO

*If you answered "Yes" to question 3, please go to question 4. If you answered "No" your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

4.  Did the Plaintiff establish, by a preponderance of the evidence, that Plaintiff Xereas was injured and suffered damages as a result of the Defendants breach of their fiduciary duty of loyalty and care?

_____ *YES*                                        _____ *NO*

*If you answered "Yes" please go to question 5. If you answered "No" your verdict is for the defendant and your work is done. Please sign and date the verdict form.*

5.  What is the total extent of damages Plaintiff is entitled to recover for this claim?

$ _____

Please sign and date the verdict form.

DATED: Nov _____, 2018

_____
Signature of Foreperson