UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS, ) | |
| Plaintiff, ) | |
| ) | Case No. 12-456 |
| v. ) | |
| MARJORIE A. HEISS, *et al.* ) | |
| Defendants ) | |

## MOTION TO ASSOCIATE COUNSEL *PRO HAC VICE*

William T. O'Neil and Defendants, Marjorie A. Heiss, Geoffrey O.S. Dawson, and Penn Social, LLC f/k/a Riot Act DC, LLC, pursuant to the Rules of the United States District Court for the District of Columbia, LCvR 83.2(d), move the court to associate Miles K Karson, III as counsel *pro hac vice* for purposes of participation in this action. In support of this motion and pursuant to LCvR 83.2(d), attached hereto is the Declaration of Miles K Karson, III.

RESPECTFULLY SUBMITTED this 30th day of October, 2018.

/s/_____
William T. O'Neil
Bar No. 426107
The O'NEIL GROUP LLC
1629 K Street, N.W.
Washington, DC 20006
Telephone (202) 445-4277
Facsimile (202) 459-9537
woneil@oneilgroupllc.com

## **DECLARATION OF MILES K KARSON, III**

Pursuant to LCvR 83.2(d), Miles K Karson, III submits this Declaration in support of Defendants' Motion to Associate Counsel *Pro Hac Vice*.

1. I, Miles K Karson, III, am an attorney with the law firm Miller Friel PLLC, located at 1200 New Hampshire Avenue, N.W., Suite 800, Washington, D.C. 20036.

2. I am admitted to practice law in the following jurisdictions: (i) the District of Columbia, (ii) the Commonwealth of Pennsylvania, and (iii) the United States District Court for the Western District of Pennsylvania.

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted to this Court *pro hac vice* within the last two years.

5. I engage in the practice of law from an office located in the District of Columbia and I am a member of the District of Columbia Bar, Bar identification number 986639.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 30th day of October, 2018

        /s/
Miles K Karson, III
D.C. Bar No. 986639
Miller Friel PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, D.C. 20036
Telephone (202) 760-3165
karsonm@millerfriel.com