UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN N. XEREAS,

        Plaintiff/Counter-Defendant,

v.

MARJORIE A. HEISS, *et al.*,

        Defendants/ Counter-Plaintiffs.

Civil Action No. 12-456
DAR

## FINAL PRETRIAL ORDER

The parties to the above-captioned action have consented to proceed before the undersigned United States Magistrate Judge for all purposes. Counsel for the parties appeared before the undersigned on October 5, 2018 for an interim pretrial conference, and on October 29, 2018 for the final pretrial conference. The instant order, entered pursuant to Rule 16(e) of the Federal Rules of Civil Procedure and Local Civil Rule 16.5(a)(3), shall govern the subsequent course of this action unless amended in accordance with these rules.

**Nature of the Cause of Action**

The memorandum opinion and order granting in part Defendants' Motion for Summary Judgment (ECF Nos. 187, 188) identifies the claims pleaded by the Plaintiff which will proceed to trial. All of the counterclaims pleaded by Defendants will proceed to trial. *See* 10/12/2018 Minute Order.

**Witnesses**

The witness lists included in the parties' amended pretrial statements are incorporated herein. As noted during the final pretrial conference, all parties failed to comply with Local Civil Rule 16.5(b)(5). Therefore, the undersigned ordered the parties to supplement their witness lists

Xereas v. Heiss, et al.

by providing brief descriptions of the anticipated testimony to be elicited. The Plaintiff shall file his supplement with regard to his case-in-chief on or before October 29, 2018. The Defendants shall file their supplement on October 31, 2018. Finally, the Plaintiff shall file his supplement with regard to the Defendant's counterclaims by November 2, 2018.

The court will undertake *voir dire* of Jim Morrissey out of the presence of the jury, as part of the court's determination of Defendants' Motion in Limine (ECF No. 159), Defendants' Motion to Exclude (ECF No. 141), and Plaintiff's Motion in Limine (ECF No. 169).

Finally, Defendants' counsel agrees to defer the examination of the individual Defendants until after Plaintiff has completed his case-in-chief.

**Exhibits**

The exhibit lists included in the parties' pretrial statements are incorporated herein. The parties shall exchange all exhibits by October 31, 2018. Plaintiff stipulates to the authenticity of all exhibits, except for the following: (1) transcripts produced without the underlying recording, *see* (ECF No. 165); (2) documents that appear to be emails but are illegible, *see* (ECF No. 168), and any documents produced without Bates stamps. Defendants waive any objections to authenticity.

Counsel shall mark all exhibits in the format prescribed by the Deputy Courtroom Clerk.

Xereas v. Heiss, et al.

**Other Pretrial Materials**

Counsel for the Plaintiff shall make arrangements with the Clerk's Office on or before October 29, 2018 to discuss the use of the courtroom technology.

November 1, 2018

NUNC PRO TUNC: October 29. 2018

DEBORAH A. ROBINSON
United States Magistrate Judge

3