| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ☑ | |
| Joint | ☐ | |
| Court | ☐ | |

John N. Xereas

VS.

Marjorie A. Heiss, et al

Civil/Criminal No.  CA 12-456 (DAR)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Summary of Damages | 11/7/2018 | | Jim Morrissey | |
| 2 | Declaration from Adams Burch employee | 11/7/2018 | | Jim Morrissey | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |