UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN N. XEREAS, | ) ) ) | |
| Plaintiff, | ) ) | |
|  | ) | Case No. 12-456 |
| v. | ) ) | |
| MARJORIE A. HEISS, *et al.*, | ) ) | |
| Defendants | ) ) | |

# **DEFENDANTS' REVISED PROPOSED VERDICT SHEET**

## **PLAINTIFF'S CLAIMS**
## **TRADEMARK INFRINGEMENT**

1. Has plaintiff John Xereas proven by a preponderance of the evidence that plaintiff is the owner of a valid trademark during the period of Defendants' use of the trademark in commerce?

   Yes  _____     No  _____

   If the answer is "Yes," proceed to question 2. If no, your verdict is for the Defendants.

2. Has plaintiff John Xereas proven by a preponderance that there is a substantial likelihood of confusion between the plaintiff's mark and the alleged infringer's mark?

   Yes  _____     No  _____

   If the answer is "Yes," proceed to question 3. If no, your verdict is for the Defendants.

3. Has plaintiff John Xereas proven by a preponderance of the evidence either his lost profits or Defendants' profits from the use of the mark?

   Yes  _____     No  _____

   If the answer is "Yes," proceed to question 4. If no, your verdict is for the Defendants.

4. What is the total damages Plaintiff is entitled to recover for this claim?

   $_____

5. Is Plaintiff entitled to injunctive relief for trademark infringement?

   Yes  _____     No  _____

# PLAINTIFF'S CLAIMS
# BREACH OF CONTRACT

1. Has plaintiff John Xereas proven by a preponderance of the evidence that Defendants breached a duty owed to Plaintiff by removing him as a Managing Member of Riot Act DC, LLC?

Yes  _____                                No  _____

If the answer is "Yes," proceed to question 2.  If no, your verdict is for the Defendants.

2. Has plaintiff John Xereas proven by a preponderance that he suffered damages as a result of Defendants' breach?

Yes  _____                                No  _____

If the answer is "Yes," proceed to question 3.  If no, your verdict is for the Defendants.

3. What is the total damages Plaintiff is entitled to recover for this claim?

$_____

## **DEFENDANTS AFFIRMATIVE DEFENSES**

1. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas abandoned his trademarks?

   Yes  _____           No  _____

2. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas obtained his trademarks by defrauding the Trademark and Patent Office?

   Yes  _____           No  _____

3. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas failed to mitigate his damages?

   Yes  _____           No  _____

If you awarded Plaintiff John Xereas damages, and answered number 3 above affirmatively, by what amount of monetary damages do you decrease his award due to his failure to mitigate damages?

   Reduced Damages:       $_____

## **DEFENDANTS' COUNTERCLAIMS**

1.      Have Defendants proven by a preponderance of the evidence that Plaintiff breached a duty owed to Defendants by stopping work for the LLC in February and March 2012 and taking steps to undermine the operations of the LLC, contrary to his obligation to advance the interests of the LLC.?

Yes   _____                              No   _____

If the answer is "Yes," proceed to question 1.a.  If no, your verdict is for the Plaintiff.

1.a.    Have Defendants proven by a preponderance that they suffered damages as a result of Plaintiff's breach?

Yes   _____                              No   _____

If the answer is "Yes," proceed to question 1.b.  If no, your verdict is for the Plaintiff.

1.b.    What is the total damages Defendants are entitled to recover for this claim?

$_____

### **Breach of the Duty of Good Faith**

2.      Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas breached his duty of good faith and fair dealing ?

Yes   _____                              No   _____

2.a.    Have Defendants proven by a preponderance that they suffered damages as a result of Plaintiff's breach?

Yes   _____                              No   _____

If the answer is "Yes," proceed to question 2.b.  If no, your verdict is for the Plaintiff.

2.b.    What is the total damages Defendants are entitled to recover for this claim?

$_____

**Tortuous Interference with Defendants' Existing Business Relationships**

3.   Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas tortuously interfered with Defendants' existing business relationships ?

Yes   _____          No   _____

3.a.   If you answered yes to question 3, what is the total damages Defendants are entitled to recover for this claim?

$_____

**Tortuous Interference with Defendants' Prospective Business Relationships**

4.   Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas tortuously interfered with Defendants' prospective  business relationships ?

Yes   _____          No   _____

4.a.   If you answered yes to Question 4, what is the total damages Defendants are entitled to recover for this claim?

$_____

**Breach of Fiduciary Duty**

5.   Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas breached his fiduciary duties to the LLC?

Yes   _____          No   _____

5.a.   If you answered yes to Question 5, what is the total damages Defendants are entitled to recover for this claim?

$_____

### Computer Fraud and Abuse Act

6.	Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas violated the Computer Fraud and Abuse Act?

Yes	_____	No	_____

6.a.	If you answered yes to Question 6, what is the total damages Defendants are entitled to recover for this claim?

$_____

### Conversion

7.	Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas is liable for conversion?

Yes	_____	No	_____

7.a.	If you answered yes to Question 7, what is the total damages Defendants are entitled to recover for this claim?

$_____

YOUR DELIBERATIONS HAVE NOW ENDED.  THE FOREGOING IS THE VERDICT OF THE JURY.  THE FOREPERSON MUST SIGN AND DATE BELOW:

_____        _____

Foreperson	Date

Respectfully submitted,

_/s/_____
William T. O'Neil
Bar No. 426107
THE O'NEIL GROUP LLC
1629 K Street, N.W.
Washington, DC 20006
Telephone (202) 684-7140
Facsimile ((202) 517-9179
woneil@oneilgroupllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12$^h$ day of November, 2018, a copy of the foregoing Plaintiff's Revised Proposed Verdict Sheet, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Columbia, and is available for viewing and downloading from the ECF system.

_____/s/_____
William T. O'Neil