UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

FILED
NOV 14 2018
Clerk, U.S. District and
Bankruptcy Courts

John N. Xereas, )
)
) CIVIL NO. 12-456 (DAR)
vs. )
)
Marjorie A. Heiss, et al. )
)

**COUNSEL'S ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS**

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy, and have agreed on the exhibits that shall be submitted to the jury during deliberations.

_11/14/2018_
DATE EXHIBITS SUBMITTED TO JURY

_[signature]_
PLAINTIFF'S COUNSEL

_[signature]_
DEFENSE COUNSEL