| Government | [ ] |
|---|---|
| Plaintiff | [✓] |
| Defendant | [ ] |
| Joint | [ ] |
| Court | [ ] |

John N. Xereas

**VS.**

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Hawkins EEOC complaint | | | | |
| 2 | E-mail to Members re: engaged in a dispute with John | | | | |
| 3 | Riot Act Business Plan | 11/6/18 | 11/6/18 | John N. Xereas | |
| 4 | Richa Letter to Rosenberg re: John email account | | | | |
| 5 | Liptz Letter to Conlon re: continued use of John's internet domain | | | | |
| 6 | Certificate of Trade Name | | | | |
| 7 | Riot Act Liquor License | 11/6/18 | Not Admitted | John N. Xereas | |
| 8 | Application for Trade Name Change | | | | |
| 9 | E-mails re: Josh Blue's Arrangements | 11/6/18 | 11/6/18 | John N. Xereas | |
| 10 | E-mail re: Room Rental | | | | |

| | |
|---|---|
| Government ☐ | John N. Xereas |
| Plaintiff ☑ | |
| Defendant ☐ | VS. |
| Joint ☐ | Marjorie A. Heiss, et. al. |
| Court ☐ | |

Civil/Criminal No.  1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | E-mail re: Penn Social Reports | 11/8/18 | 11/8/18 | Peter Bayne Geoffrey Dawson | |
| 12 | E-mail re: Carbon Design | | | | |
| 13 | E-mail from John to Geoff re: concerns | 11/6/18 | 11/6/18 | John N. Xereas | |
| 14 | E-mail from John to Geoff re: checks, operating agreement, showroom | | | | |
| 15 | E-mail re: weekend gross sales | | | | |
| 16 | E-mail re: District Combat | | | | |
| 17 | E-mail re: Kevin Anthony | 11/6/18 | 11/6/18 | John N. Xereas | |
| 18 | Patent and Trademark Register | 11/6/18 | 11/6/18 | John N. Xereas | |
| 19 | Registry Data | | | | |
| 20 | Penn Social's Objections and Responses to Plaintiff's Sixth Set of Requests for Admission (Exhibit A-5 to MSJ) | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | E-mail re: amending trademark license language in agreement | 11/6/18 | Withdrawn ~~11/6/18~~ | John N. Xereas | |
| 22 | Trademark Research Report | 11/6/18 | Withdrawn ~~11/6/18~~ | John N. Xereas | |
| 23 | Marjorie Heiss' Objections and Responses to Plaintiff's First Set of Requests for Admission (Exibit A-9 to MSJ) | | | | |
| 24 | E-mails between Richa and O'Neil (Exhibit A-11 to MSJ) | | | | |
| 25 | E-mail re: Excessive Noise | | | | |
| 26 | E-mails re: Penn Social Update | | | | |
| 27 | E-mails re: Penn Social Complaints | | | | |
| 28 | E-mails re: complaint of excessive noise | | | | |
| 29 | ABRA Class "C" Multipurpose - Application for Renewal | | | | |
| 30 | Penn Social - Use of Arts Space Zoning | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government | ☐ | John N. Xereas | | | |
| Plaintiff | ☑ | | VS. | Civil/Criminal No. | 1:12-cv-00456-DAR |
| Defendant | ☐ | | | | |
| Joint | ☐ | Marjorie A. Heiss, et. al. | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | Penn Social's Objections and Responses to Plaintiff's Second Set of Requests for Admission (Exhibit A-19 to MSJ) | | | | |
| 32 | Penn Social's Second Amended Objections and Responses to Plaintiff's Fifth Set of Requests for Admission (Exhibit A-22 to MSJ) | | | | |
| 33 | Letter to G. Driver re: disagreement with statements and explanations offered by Heiss | | | | |
| 34 | E-mails re: Gaylarious, Feb 1 Show | | | | |
| 35 | E-mails from Robin Montague re: hosting Mooney shows | | | | |
| 36 | E-mails re: disc containing JX emails | | | | |
| 37 | E-mail re: Note from Eddie Griffin's Manager | | | | |
| 38 | E-mail from Scoutmob re: great service | | | | |
| 39 | Thank you e-mail from Jodi Moraru | | | | |
| 40 | Thank you e-mail from Ebone Bell | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

**VS.**

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | E-mail from Dave Statter re: compliments | | | | |
| 42 | E-mails re: comedy tours of DC | | | | |
| 43 | E-mails re: Judy Gold | | | | |
| 44 | E-mail re: sales | | | | |
| 45 | E-mails re: Reimbursable Detail Meeting | | | | |
| 46 | E-mails re: booking great acts | | | | |
| 47 | Thank you e-mail from Sharon Defazio | | | | |
| 48 | E-mails re: google alert - Riot Act Comedy | | | | |
| 49 | E-mail re: nice Letterman/Regis shout-out for Riot Act | | | | |
| 50 | E-mail re: Dick Gregory | | | | |

| | |
|---|---|
| Government ☐ | John N. Xereas |
| Plaintiff ☑ | VS. |
| Defendant ☐ | |
| Joint ☐ | Marjorie A. Heiss, et. al. |
| Court ☐ | |

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 51 | E-mail Re: LeAnn Rimes-Stand Up for Kids Show | | | | |
| 52 | E-mail re: sales | | | | |
| 53 | E-mails re: QuickTime File from Letterman where Regis introduces a comic who will appear at Riot Act | | | | |
| 54 | E-mails re: Standups for Riot Act Comedy Theater - Kirsten Ames Referral | | | | |
| 55 | E-mail re: full house | | | | |
| 56 | E-mail from Moseno to Geoff re: Riot Act | | | | |
| 57 | E-mail re: nice website | | | | |
| 58 | E-mails with Wenger re: 'house-cleaning' | | | | |
| 59 | E-mail from Marc Chauvin re: contact info | | | | |
| 60 | E-mail re: offsite meeting on pressing issues | | | | |

| | Government | ☐ |
|---|---|---|
| | Plaintiff | ✓ |
| | Defendant | ☐ |
| | Joint | ☐ |
| | Court | ☐ |

John N. Xereas

**VS.**

Marjorie A. Heiss, et. al.

Civil/Criminal No.   1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 61 | E-mail re: Riot Act Operating Agreement | | | | |
| 62 | E-mail from P. Bayne to S. Robinson re: administrator of Riot Act e-mail system | | | | |
| 63 | E-mail from P. Bayne to S. Robinson re: letting Farf and Ted go | | | | |
| 64 | E-mail from Sullivan to Geoff re: e-mail accounts | | | | |
| 65 | E-mail from Marc Chauvin re: contact info | | | | |
| 66 | E-mail re: Employee Meeting | | | | |
| 67 | E-mail re: Riot Act Emails | 11/8/18 | ~~11/8/18~~ withdrawn | Shaun Robinson | |
| 68 | E-mail re: media night | | | | |
| 69 | E-mail from Farfel to Geoff re: meeting with J. Fried | | | | |
| 70 | E-mail from JX to Geoff re: Marjorie complaints | | | | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☑ | John N. Xereas |
| Defendant | ☐ | VS. |
| Joint | ☐ | Marjorie A. Heiss, et. al. |
| Court | ☐ | |

Civil/Criminal No.  1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 71 | ABRA Application | | | | |
| 72 | E-mail re: Fargel introduction | | | | |
| 73 | E-mail re: Ted introduction | | | | |
| 74 | GoDaddy.com Order Confirmation | 11/6/18 | ~~11/6/18~~ Withdrawn | John N. Xereas | |
| 75 | E-mail from Marjorie to Geoff re: complaints about JX | | | | |
| 76 | Balance Sheet - Geoffrey Dawson 4/2013 | | | | |
| 77 | E-mails with Wenger re: 'house-cleaning' | | | | |
| 78 | E-mails re: Rebranding Riot Act | | | | |
| 79 | E-mail from Nice Website | | | | |
| 80 | E-mail from Rosenthal to Heiss re: Club Contracts | | | | |

| | | |
|---|---|---|
| Government | ☐ | John N. Xereas |
| Plaintiff | ☑ | VS. |
| Defendant | ☐ | |
| Joint | ☐ | Marjorie A. Heiss, et. al. |
| Court | ☐ | |

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 81 | E-mail from Peter Bayne no speaking to Marjorie or Geoff about the business | | | | |
| 82 | Certificate of Occupancy Authorization Form | | | | |
| 83 | Application for Certificate of Occupancy | | | | |
| 84 | E-mail re: Riot Act Comedy Theater Introduction | | | | |
| 85 | E-mail re: noise complaints last Thursday | 11/13/18 | Not Admitted | Peter Bayne | |
| 86 | E-mail re: Street Window Grand Opening Campaign | | | | |
| 87 | E-mail re: Contract: Nick Di Paolo | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 88 | E-mail re: Penn Social needs major personnel overhaul | | | | |
| 89 | E-mail re: bookings | | | | |
| 90 | E-mail re: Amendment to Operating Agreement | | | | |

Government ☐
Plaintiff ☑
Defendant ☐
Joint ☐
Court ☐

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 91 | E-mail re: Riot Act Solution | | | | |
| 92 | E-mail re: Cash Handling | | | | |
| 93 | E-mail re: Bobcat | | | | |
| 94 | E-mail from Marjorie to Geoff re: unkind words | | | | |
| 95 | E-mail re: Booking your Talent | | | | |
| 96 | E-mail re: Booking your Talent | | | | |
| 97 | E-mail re: Booking your Talent | | | | |
| 98 | Meeting of Managing Members for Riot Act DC, LLC | 11/9/18 | 11/9/18 | MarjorieA.Heiss | |
| 99 | Membership Interest Purchase & Sale Agreement | | | | |
| 100 | 2016 - 1096 Form Annual Summary and Transmittal of U.S. Information Returns | | | | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☑ | John N. Xereas |
| Defendant | ☐ | VS. |
| Joint | ☐ | Marjorie A. Heiss, et. al. |
| Court | ☐ | |

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 101 | Notice of Violation of D.C. Official Code Title 25, Alcoholic Beverages | | | | |
| 102 | Zoning Certification | | | | |
| 103 | Penn Social Liquor License Endorsements | | | | |
| 104 | Member Managed Operating Agreement of Riot Act DC, LLC | 11/6/18 | 11/6/18 | Marjorie A. Heiss John N. Xereas | |
| 105 | Amended and Restated Operating Agreement of Riot Act DC, LLC | 11/6/18 | 11/6/18 | Marjorie A. Heiss John N. Xereas | |
| 106 | Confidential Offering Memorandum | 11/6/18 | 11/6/18 | Marjorie A. Heiss G. Dawson John N. Xereas | |
| 107 | Offering Notice, Financial Projections, Amended Operating Agreement, Letter of Intent for Lease, Washington and Huffington Post Articles | | | | |
| 108 | 2010 Tax Returns | | | | |
| 109 | 2011 Tax Returns | | | | |
| 110 | 2011 - 1096 Form Annual Summary and Transmittal of U.S. Information Returns | | | | |

| Government | ☐ |
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No.  1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 111 | 2012 Tax Returns | | | | |
| 112 | 2012 - 1096 Form Annual Summary and Transmittal of U.S. Information Returns | | | | |
| 113 | 2013 Tax Returns | | | | |
| 114 | 2013 - 1096 Form Annual Summary and Transmittal of U.S. Information Returns | | | | |
| 115 | Protest Filed Against Renewal | | | | |
| 116 | 2014 Tax Returns | | | | |
| 117 | 2014 - 1096 Form Annual Summary and Transmittal of U.S. Information Returns | | | | |
| 118 | 2015 Tax Return | | | | |
| 119 | 2015 - 1096 Form Annual Summary and Transmittal of U.S. Information Returns | | | | |
| 120 | 2016 Tax Returns | | | | |

| Government | ☐ |
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 121 | 2016 W-2 Statements | | | | |
| 122 | Riot Act Register QuickReport; January 2010 - December 2017 | | | | |
| 123 | Riot Act Register QuickReport; February - March 2014 | | | | |
| 124 | Bank of Georgetown Checks re: Leasehold Improvements | | | | |
| 125 | Bank of Georgetown February 2014 Penn Social General Operating Account Statement | | | | |
| 126 | Bank of Georgetown March 2014 Penn Social General Operating Account Statement | | | | |
| 127 | Invoice from The RD Store | | | | |
| 128 | E-mail re: payroll | | | | |
| 129 | E-mail re: PS Financial Information | | | | |
| 130 | E-mail re: payroll checks | | | | |

| | | | | Government | ☐ |
|---|---|---|---|---|---|

Government ☐
Plaintiff ✓
Defendant ☐
Joint ☐
Court ☐

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 131 | E-mail re: Penn Social DC101 HH Followup | | | | |
| 132 | E-mail re: Student List | | | | |
| 133 | E-mail re: Tony Roberts Posters | | | | |
| 134 | E-mail re: Riot Act Update on Operations | | | | |
| 135 | E-mail re: checks and operating agreement | | | | |
| 136 | E-mail re: apologies from Geoff and agreement of assessment of changes | | | | |
| 137 | E-mail re: Baltimore payment matter | 11/7/18 | Not Admitted | Marjorie A. Heiss | |
| 138 | E-mail re: 2012 Capital Pride Guide | | | | |
| 139 | E-mail re: promotional involvement with comedy shows at the Warner | 11/6/18 | Not Admitted | John N. Xereas | |
| 140 | E-mail re: Funniest Fed | | | | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ✓ | John N. Xereas |
| Defendant | ☐ | VS. |
| Joint | ☐ | Marjorie A. Heiss, et. al. |
| Court | ☐ | |

Civil/Criminal No.  1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 141 | E-mail re: Query from The Hill | | | | |
| 142 | E-mail re: private group event | | | | |
| 143 | Washington Business Journal Article - Laugh Track: Comedy club coming to Penn Quarter | | | | |
| 144 | E-mail from John re: Geoff wanting to meet for urgent reasons | 11/6/18 | 11/7/18 | John N. Xereas | |
| 145 | Home Depot Rental Invoice and Receipt | | | | |
| 146 | Invoice from John Lane | | | | |
| 147 | Bank of Georgetown checks issued by Penn Social | | | | |
| 148 | Bank of Georgetown checks issued by Penn Social | | | | |
| 149 | Bank of Georgetown checks issued by Penn Social | | | | |
| 150 | Bank of Georgetown checks issued by Penn Social | | | | |

| Government | ☐ |
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No.  1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 151 | Bank of Georgetown checks issued by Penn Social | | | | |
| 152 | Bank of Georgetown March 2016 Penn Social General Operating Account Statement | | | | |
| 153 | Bank of Georgetown checks issued by Penn Social | | | | |
| 154 | Bank of Georgetown January 2013 Penn Social General Operating Account Statement | | | | |
| 155 | Bank of Georgetown checks issued by Riot Act | | | | |
| 156 | E-mail from Liptz to Shaun re: Squiid | | | | |
| 157 | Trade Name Certificate and Side Walk Café Permit | | | | |
| 158 | E-mails re: Riot Act CX License | | | | |
| 159 | Riot Act Liquor License | | | | |
| 160 | Penn Social Riot Act Sidewalk Café Summer Garden - Liquor License | | | | |

| | | Government | ☐ |
|---|---|---|---|
| | | Plaintiff | ✓ |
| | | Defendant | ☐ |
| | | Joint | ☐ |
| | | Court | ☐ |

John N. Xereas

**VS.**

Marjorie A. Heiss, et. al.

Civil/Criminal No.   1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 161 | Letter from Schram to Majorie re: John denies allegations set forth in various communications | | | | |
| 162 | Removed - Duplicate of PTX022 | | | | |
| 163 | Riot Act Web Registry | | | | |
| 164 | Articles of Organization Riot Act | | | | |
| 165 | Second Amended to the Amended and Restated Operating Agreement of Riot Act | 11/6/18 | 11/6/18 | John N. Xereas | |
| 166 | E-mails re: open mic night | | | | |
| 167 | Thank you e-mail from Germaine Walker | | | | |
| 168 | Thank you e-mail from Akta Patel | | | | |
| 169 | E-mail re: google alert | | | | |
| 170 | E-mail re: google alert | | | | |

| | | |
|---|---|---|
| Government | ☐ | John N. Xereas |
| Plaintiff | ☑ | VS. |
| Defendant | ☐ | |
| Joint | ☐ | Marjorie A. Heiss, et. al. |
| Court | ☐ | |

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 171 | Trade Name Certificate of Amendment | | | | |
| 172 | Lease Agreement | | | | |
| 173 | Certificate of Occupancy | | | | |
| 174 | Certificate of Occupancy | | | | |
| 175 | Amendment No. 1 to Lease | | | | |
| 176 | Riot Act Subscription Agreement | | | | |
| 177 | Rider No. 1 Renewal | | | | |
| 178 | E-mail re: Eddie Griffin Ticket Counts | | | | |
| 179 | E-mail re: Ticket Sales for Ray L | | | | |
| 180 | E-mail re: Schedule | | | | |

| Government | ☐ |
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 181 | E-mail re: Refund for Ticket for Riot Act | | | | |
| 182 | E-mails re: Josh Wolf Flights | | | | |
| 183 | E-mail re: Terrance open mic | | | | |
| 184 | E-mail re: investors | | | | |
| 185 | E-mail re: PS phone not getting answered | | | | |
| 186 | E-mail re: Box Office Closed During Advertised Open Hours | | | | |
| 187 | E-mail re: complaints | | | | |
| 188 | E-mail re: complaint: poor service | | | | |
| 189 | E-mail re: problems from Saturday night | | | | |
| 190 | E-mail re: ticket refund | | | | |

| | Government | ☐ |
|---|---|---|
| | Plaintiff | ☑ |
| | Defendant | ☐ |
| | Joint | ☐ |
| | Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 191 | E-mail from Marjorie to Geoff re: questions concerns about Riot Act | | | | |
| 192 | E-mail re: Street Window Grand Opening Campaign | | | | |
| 193 | E-mail re: Geoffrey Dawson Reimbursements | | | | |
| 194 | JX Email to Marjorie re: "I'm sorry and I love you" | | | | |
| 195 | E-mail re: update on PCI compliance across companies | | | | |
| 196 | mbc Precision Imaging Work Order | | | | |
| 197 | James Fowler Work Order | | | | |
| 198 | Southern Electric Invoice | | | | |
| 199 | Jerry Thomas Invoice | | | | |
| 200 | Jerry Thomas Invoice | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government ☐ | John N. Xereas | | | | |
| Plaintiff ☑ | | **VS.** | | Civil/Criminal No. | 1:12-cv-00456-DAR |
| Defendant ☐ | Marjorie A. Heiss, et. al. | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 201 | Jerry Thomas Invoice | | | | |
| 202 | Jerry Thomas Invoice | | | | |
| 203 | Jerry Thomas Invoice | | | | |
| 204 | Jerry Thomas Invoice | | | | |
| 205 | Daniel Truding Invoice | | | | |
| 206 | Daniel Truding Invoice | | | | |
| 207 | G. Stone Invoice | | | | |
| 208 | Invoice | | | | |
| 209 | Invoice | | | | |
| 210 | Invoice | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

**VS.**

Marjorie A. Heiss, et. al.

Civil/Criminal No.   1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 211 | DCRA Receipt | | | | |
| 212 | Invoice | | | | |
| 213 | Invoice | | | | |
| 214 | Invoice | | | | |
| 215 | E-mail re: comedians and hotels | | | | |
| 216 | E-mail re: Riot Act Contractor's Insurance | | | | |
| 217 | E-mail from Marjorie to Geoff re: meeting about complaints | | | | |
| 218 | E-mail from Marjorie to Geoff re: disrespect | | | | |
| 219 | E-mail re: Guild of Professional Guides of Washington, DC | | | | |
| 220 | E-mail re: promotional involvement with comedy shows at the Warner | | | | |

| Government | ☐ |
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

**VS.**

Marjorie A. Heiss, et. al.

**Civil/Criminal No.**   1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 221 | E-mail re: Del Rio | | | | |
| 222 | E-mail re: Josh Blue Opening | | | | |
| 223 | E-mail re: April 14th at Del Rio | | | | |
| 224 | E-mail re: Lucas Bohn/JohnX | | | | |
| 225 | E-mail re: Judge | | | | |
| 226 | E-mail re: Del Rio Tomorrow | | | | |
| 227 | E-mail re: Riot Act Comics | | | | |
| 228 | E-mail re: Judy Gold | | | | |
| 229 | E-mail re: Del Rio | | | | |
| 230 | E-mail re: January 14 | | | | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☑ | John N. Xereas |
| Defendant | ☐ | VS. |
| Joint | ☐ | |
| Court | ☐ | Marjorie A. Heiss, et. al. |

Civil/Criminal No.  1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 231 | E-mail re: Washington Post Ad | | | | |
| 232 | E-mail re: possible comedians for the morning show | | | | |
| 233 | Letter from The Recording Academy Washington D.C. Chapter | | | | |
| 234 | E-mail re: Riot Act Menu | | | | |
| 235 | E-mail re: auto reply | | | | |
| 236 | E-mail re: auto reply | | | | |
| 237 | E-mail re: HBO, BET Comedian Shang | | | | |
| 238 | E-mail to John re: "what is going on?" | | | | |
| 239 | E-mail re: Room Rental | | | | |
| 240 | E-mail re: Met in November during Gaylarious show | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 241 | E-mail from Mike Metz re: contact info for Regan's and promotion | | | | |
| 242 | E-mail re: Press for Tony Roberts, Eddie Griffin - Request to Be Added to Media/Press Contact List | | | | |
| 243 | Publicity Campaign for Riot Act Comedy Club | | | | |
| 244 | E-mail re: Employee Manual | | | | |
| 245 | E-mails between Marjorie and Geoff re: insult | | | | |
| 246 | E-mail re: conference call and talent agents | | | | |
| 247 | E-mail re: numbers from Sam | | | | |
| 248 | E-mails between Richard Mackey and Geoff | | | | |
| 249 | E-mail re: offering memo | | | | |
| 250 | E-mail from Marjorie to JX re: compliments | | | | |

| Government | ☐ |
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et. al.

Civil/Criminal No.  1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 251 | E-mail from Marjorie to Geoff re: "Lucky Girl!" | | | | |
| 252 | E-mail re: Planned Television Arts Services | | | | |
| 253 | Article Riot Act Comedy Theater to Open in Penn Quarter | | | | |
| 254 | E-mail re: Evans 2012 Fundraiser | | | | |
| 255 | E-mail re: Today's Wash. Post Express - Josh Wolf | | | | |
| 256 | E-mail re: Booking your Talent | | | | |
| 257 | E-mail re: meet with Mark Handwerger | | | | |
| 258 | E-mails with Mark Handwerger re: bills | | | | |
| 259 | E-mail re: deal with BMC | | | | |
| 260 | E-mails between Mark Handwerger and Geoff re: Marjorie | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government | ☐ | John N. Xereas | | | |
| Plaintiff | ☑ | | VS. | Civil/Criminal No. | 1:12-cv-00456-DAR |
| Defendant | ☐ | | | | |
| Joint | ☐ | Marjorie A. Heiss, et. al. | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 261 | E-mail from Marjorie to Geoff re: BMC | | | | |
| 262 | E-mails with Mark Handwerger re: bills | | | | |
| 263 | E-mail from John Sullivan to Geoff re: Riot Act | | | | |
| 264 | Application for Trade Name Change | | | | |
| 265 | E-mail from Jim Robichaud to Geoff re: Penn Social | | | | |
| 266 | E-mail re: copy of invoices for October | | | | |
| 267 | E-mail re: including Maria as a member | | | | |
| 268 | E-mail re: quotes | | | | |
| 269 | E-mail from Marjorie to Geoff re: no-show | | | | |
| 270 | E-mail from JX to Geoff re: meeting | | | | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☑ | John N. Xereas |
| Defendant | ☐ | VS. |
| Joint | ☐ | Marjorie A. Heiss, et. al. |
| Court | ☐ | |

Civil/Criminal No.  1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 271 | E-mail between Marjorie and JX re: "I'm sorry and I love you" | | | | |
| 272 | E-mail re: Ted Alexandro | | | | |
| 273 | Letter from Anthony Woods re: payment plan | | | | |
| 274 | Kimpton Hotels - CC Auth | | | | |
| 275 | E-mail re: authorization letter | | | | |
| 276 | E-mail re: Aroma/Marmet Agreement | | | | |
| 277 | Penn Social Quickbooks | | | | |
| 278 | E-mail re: Talent payments and Facebook Administration | 11/6/18 | 11/6/18 | John N. Xereas | |
| 279 | E-mail re: Courtyard Marriott Client Appreciation June 14 | | | | |
| 280 | E-mail re: example contracts for upcoming acts | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☑ | John N. Xereas |
| Defendant | ☐ | VS. |
| Joint | ☐ | Marjorie A. Heiss, et. al. |
| Court | ☐ | |

Civil/Criminal No.   1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 281 | E-mail re: Riot Act Commercial on Thursday Night NFL Football | | | | |
| 282 | E-mail to T. Hicks re: CX License | | | | |
| 283 | Rachel Cooper Tweet | | | | |
| 284 | E-mail from JX to Geoff re: meeting | | | | |
| 285 | Podcast Clip | | | | |
| 286 | Letterman Clip | 11/6/18 | 11/6/18 | John N. Xereas | |
| 287 | Third party production of Cindy Vaughan | | | | |
| 288 | Removed | | | | |
| 289 | Removed | | | | |
| 290 | Third party production of Owings & Graves | | | | |

| | | | |
|---|---|---|---|
| Government | ☐ | John N. Xereas | |
| Plaintiff | ☑ | VS. | Civil/Criminal No. 1:12-cv-00456-DAR |
| Defendant | ☐ | | |
| Joint | ☐ | Marjorie A. Heiss, et. al. | |
| Court | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 291 | Removed | | | | |
| 292 | Third party production of American Express | | | | |
| 293 | Third party production of Paychex | | | | |
| 294 | Original Complaint and Exhibits | | | | |
| 294.5 | Exhibit to Original Complaint | 11/5/18 | Withdrawn 11/5/18 | John N. Xereas | |
| 294.6 | Exhibit to Original Complaint | 11/5/18 | Withdrawn 11/5/18 | John N. Xereas | |
| 295 | Second Amended Complaint and Exhibits | | | | |
| 296 | Answer to Second Amended Complaint | | | | |
| 297 | Removed | | | | |
| 298 | Defendants' Interrogatory Responses | | | | |

| Government | ☐ |
| Plaintiff | ✓ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

**VS.**

Marjorie A. Heiss, et. al.

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 299 | Defendants' Responses to Plaintiff's Requests for Admissions | 11/8/18 | Not Admitted | Geoffrey Dawson | |
| 300 | Plaintiff's Amended Expert Report and Exhibits | 11/7/18 | Not Admitted | Jim Morrissey | |
| 301 | Third party production of Weaver Bros. Insurance Company | | | | |
| 302 | Third party production of Chase Bank | | | | |
| 303 | Third party production of Eagle Bank | | | | |
| 304 | Third party production of Georgetown-United Bank | | | | |
| 304.45 | Georgetown  Geoff Dawson | | | | |
| 304.195 | Georgetown Tin Shop check | | | | |
| 305 | Third party production of National Capital Bank | | | | |
| 306 | Third party production of  PNC Bank | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss

Civil/Criminal No. 1:12-cv-00456-DAR

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 306.91 | PNC Dawson reimbursement check | | | | |
| 307 | Declaration of Geoffrey Dawson | 11/7/18 | NOT Admitted | Geoffrey Dawson | |
| 308 | Resume | 11/7/18 | Not Admitted | Jim Morrissey | |
| 309 | List of Presentations | 11/7/18 | Not Admitted | Jim Morrisey | |
| 305.27 | National Capital Bank Loan | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 310 | Declaration of Peter Bayne | 11/13/18 | Not Admitted | Peter Bayne | |
| 311 | Declaration of Peter Bayne | 11/13/18 | Not Admitted | Peter Bayne | |
| 312 | Declaration of Peter Bayne | 11/13/18 | Not Admitted | Peter Bayne | |
| | | | | | |
| | | | | | |

|  | Government | ☐ |
|--|-----------|---|
|  | Plaintiff | ☐ |
|  | Defendant | ✔ |
|  | Joint | ☐ |
|  | Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et al.

Civil/Criminal No.  12-456

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | PSE017951 - John's letter | | | | |
| 2 | PS000876-894 - May 6 operating agreement | | | | |
| 3 | Xereas Deposition Exhibit 3 - Nov. 1, 2010 operating agreement | | | | |
| 4 | PS000970-984 - Financial projections | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 5 | PS004310-4311 - August P&L | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 6 | PS004312-4343 - Sept. to April 2012 P&L | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 7 | PSE102292 - John email 2010 | 11/6/18 | 11/6/18 | John N. Xereas | |
| 8 | PSE133338-9 - Aug. 2011 John suggesting that he sell more shares to raise capital | 11/6/18 | 11/6/18 | John N. Xereas | |
| 9 | PSE015286-89 - Oct. 2 Email to John | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 10 | PSE134361 - Oct. 6 email Geoff | 11/6/18 | 11/6/18 | John N. Xereas | |

| | |
|---|---|
| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et al.

Civil/Criminal No.  12-456

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | PSE115112-13 - Oct. 8 email | 11/6/18 | 11/6/18 | John N. Xereas | |
| 12 | PSE117300 - Dec. 5 email from John | 11/6/18 | 11/6/18 | John N. Xereas | |
| 13 | PSE111922 - Introducing Dawn | | | | |
| 14 | PSE020247-48 - Jan. 19 email from Marjorie | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 15 | PSE212476-478 - Feb. 2 email Marjorie to John | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 16 | PSE112924-925 - June 28 email from John to Geoff | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 17 | PSE015117-121 - July 5 email between Marjorie and John | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 18 | PSE114906 - Sept. 21 email telling Geoff that John fired Matt | | | | |
| 19 | PSE020199 - Jan email asking John for contracts | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 20 | PSE000177 - Twitter screenshot | | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

John N. Xereas

VS.

Marjorie A. Heiss, et al.

Civil/Criminal No. 12-456

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | PSE134108-109 - Sept. 21 email from Geoff to John | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 22 | JX004854-4860 - John settlement agreement | | | | |
| 23 | JX004813-14 - June 2013 Email from John | | | | |
| 24 | JX004815-4828 - July 2013 emails over zoning protests | | | | |
| 25 | JX004849 - Email to John from Maria | | | | |
| 26 | PS002005-2010 - Jan. 19 meeting minutes | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 27 | PS002011-2048 - Jan. 26 meeting minutes | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 28 | PS002049-2077 - March 19 meeting minutes | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 29 | PS000970-984 - Financial projections | | | | |
| 30 | PSE000430-431 - Maria email to Marjorie re trademarks | | | | |

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

VS.

Marjorie A. Heiss, et al.

Civil/Criminal No. _12-456_

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | PSE143282-283 - John email re riot gear trademark | 11/9/18 | ~~11/9/18~~ withdrawn | Marjorie A. Heiss | |
| 32 | PSE006812-6813 - May 24 email re trademark John to Marjorie and Geoff | 11/6/18 | ~~11/6/18~~ withdrawn | Geoffrey Dawson John N. Xereas | |
| 33 | ABRA letter to John Xereas dated Sept. 23, 2013 | 11/6/18 | 11/8/18 | Geoffrey Dawson John N. Xereas | |
| 34 | PSE020223-224 - Jan. 17 emails between John, Geoff and Marjorie | | | | |
| 35 | Email dated Jan. 31, 2012 from Irwin Liptz - Jan. 31 | 11/8/18 | 11/8/18 | Shaun Robinson | |
| 36 | Letter dated Feb. 28, 2012 from Michael Conlon to Irwin Liptz | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 37 | Ex. 15 to O'Neil Declaration dated June 1, 2018 - Washington City paper article | | | | |
| 38 | Exhibits to the Declaration of Shaun Robinson June 1, 2018 - Robinson declaration | | | | |
| 39 | Copier lease agreement signed by John Xereas | | | | |
| 40 | Yelp review - Yelp review re fight | 11/9/18 | NOT Admitted | Marjorie A. Heiss | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

John N. Xereas

VS.

Marjorie A. Heiss, et al.

Civil/Criminal No.  12-456

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | Document entitled "The re-branding of Riot Act Comedy Theater - Penn Social memo | 11/13/18 | 11/13/18 | Peter Bayne | |
| 42 | Letter dated March 22, 2012 from John Xereas to Emile Wolsky - Letter to investors | 11/6/18 | 11/6/18 | Peter Bayne John N. Xereas | |
| 43 | Letter dated May 31, 2012 from John Xereas to Fellow Investors - Letter to investors | | | | |
| 44 | Various screen grabs from Riot Act Comedy twitter account dated 21 March 2012 | 11/6/18 | 11/13/18 | Peter Bayne John N. Xereas | |
| 45 | Various Linkedin screen shot and statements by John Xereas | | | | |
| 46 | Email from Peter Bayne to Geoffrey Dawson dated March 27 2012 | 11/13/18 | 11/13/18 | Peter Bayne | |
| 47 | Executed Quitclaim Trademark and Domain Name Assignment dated July 1, 2012 | 11/8/18 | withdrawn 11/8/18 | Geoffrey Dawson | |
| 48 | PSE124540-541 - March 2010 email Geoff to John re trademarks | 11/8/18 | withdrawn 11/8/18 | Geoffrey Dawson | |
| 49 | PSE000432-33 - May 2010 Email chain with John re trademarks | | | | |
| 50 | PSE009577-81 - July 2012 email from John | | | | |

| Government | · |
|---|---|
| Plaintiff | |
| Defendant | ✓ |
| Joint | |
| Court | |

John N. Xereas

**VS.**

Marjorie A. Heiss, et al.

Civil/Criminal No. __12-456__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 51 | PSE000430-31 - May 2010 Maria email re trademarks | | | | |
| 52 | PSE006812-13 - May 2011 email re trademarks from John | | | | |
| 53 | PSE007916-19 - July 2010 email from John to Geoff | 11/8/18 | Withdrawn 11/8/18 | Geoffrey Dawson | |
| 54 | PSE009671-77 - Dec. 2010 email to Shaun | 11/8/18 | Withdrawn 11/8/18 | Shaun Robinson | |
| 55 | PSE107556-58 - March 2011 John email to Geoff re you tube channel (we already have) | | | | |
| 56 | PSE055654-55 - June 2012 email from Shaun to Peter re transfer of domains | | | | |
| 57 | JX004808-10 - Conlon letter | | | | |
| 58 | JX001765-66 - John Oct 11 application for a trademark | 11/6/18 | 11/6/18 | John N. Xereas | |
| 59 | PS000928-967 - Confidential offering memo | | | | |
| 60 | PSE143746-47 - April 2011 email from John to Shaun | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

**VS.**

Marjorie A. Heiss, et al.

Civil/Criminal No.  12-456

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 61 | PSE134108-09 - Sept. email re firing Matt | 11/6/18 | 11/6/18 | John N. Xereas | |
| 62 | PSE133363 - Aug. 5 email from Geoff | | | | |
| 63 | PSE114906 - Sept. 21 email from John re firing Matt | | | | |
| 64 | PSE114889-90 - Sept. 21 2011 email from John | 11/6/18 | Not Admitted | John N. Xereas | |
| 65 | PSE113427 - Aug. 5 email from John about selling more shares | | | | |
| 66 | PSE042936 - Emails re Goldstar ticket sales | | | | |
| 67 | PSE015613-14 - Jan. 2012 emails re meeting on the 26 | 11/8/18 | 11/8/18 | Geoffrey Dawson | |
| 68 | PSE015318 - Oct. 2011 email re financial situation | | | | |
| 69 | PSE015292-93 - Oct. 3, 2011 email to John from Geoff | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 70 | PSE015287-89 - Problems John has caused for the business | | | | |

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

John N. Xereas

**VS.**

Marjorie A. Heiss, et al.

Civil/Criminal No. <u>12-456</u>

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 71 | PSE015286 - Cover email to problems summary | | | | |
| 72 | PSE015272 - Email from Mike Farfel | | | | |
| 73 | PSE014982-84 - Jan. 24 email | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 74 | PSE009039-40 - July 2011 emails re WBJ article | 11/9/18 | 11/9/18 | Marjorie A. Heiss | |
| 75 | All exhibits designated by Plaintiff | | | | |
| 76 | Transcript of Dawn Henderson | 11/13/18 | 11/13/18. | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |