CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

John N. Xereas

vs.

Marjorie A. Heiss, et al

Civil/Criminal No.: CA 12-456

**FILED**
NOV 1 5 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### NOTE FROM JURY

1) On page one of the verdict sheet #1 it says "If the answer is yes, proceed to question 2.a." Similarly it says the same re: 2.b. Is this a typo? Should it say 1.a and 1.b?

2) Just to clarify, in the trial, one of the attorneys mentioned a trademark infringement charge. Is this no longer a issue for use to consider?

Date: 11/15/18

Time: 9:15am

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

John N. Xereas

)
)
)
vs. )      Civil/Criminal No.: _____CA 12-456_____
)
)
Marjorie A. Heiss, et al )
)

**FILED**

NOV 1 5 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### NOTE FROM JURY

1) On page 14 of the Jury Instructions, could we get a more specific clarification of the meaning of "fiduciary duty" and how it relates to the law.

2) We aren't lawyers, but want to clarify that "tortuous" as referred to on page 4 of the verdict sheet is the same as "tortious" in the "additional jury instructions."

Thank you!

Date: 11/15/18

Time: 1:30 pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

John N. Xereas

vs.

Marjorie A. Heiss, et al

Civil/Criminal No.: CA 12-456

**FILED**
NOV 15 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

(Sorry) Does the impossibility instructions apply only to the breech of contract claim and counterclaim, or all the claims (including good faith, fiduciary duty, tortuous interference and conversion.)?

Date: 11/15/18

Time: 345

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

John N. Xereas

vs.

Marjorie A. Heiss, et al

Civil/Criminal No.: CA 12-456

**FILED**

NOV 15 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

~~To/the damage~~
If awarded a damage, does it have to be monetary or can it solely be Return of property?

Date: 11/15/18
Time: 4:05 pm

FOREPERSON