CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

John N. Xereas

vs.

Marjorie A. Heiss, et al

Civil/Criminal No.: CA 12-456

**FILED**
NOV 16 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY** (Jury)

1) Are there specific jury instructions on deliberations for the affirmative defenses? ~~Yes~~

Date: 11/16/18

Time: 2:50p

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

John N. Xereas

vs.

Marjorie A. Heiss, et al

Civil/Criminal No.: CA 12-456

**FILED**
NOV 16 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

The jury has Reached a verdict.

Date: 11/16/18
Time: 4:05pm