UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN N. XEREAS )
 )
    Plaintiff, )
 ) Case No. 12-456
v. )
 )
MARJORIE A. HEISS, *et al.*, )
 )
    Defendants )

## **VERDICT SHEET**

### **PLAINTIFF'S CLAIMS -- BREACH OF CONTRACT**

1. Has plaintiff John Xereas proven by a preponderance of the evidence that Defendants breached the written terms of the operating agreement?

Yes __X__        No _____

If the answer is "Yes," proceed to question 1.a.. If no, your verdict is for the Defendants.

1.a. Has plaintiff John Xereas proven by a preponderance that he suffered damages as a result of Defendants' breach?

Yes __X__        No _____

If the answer is "Yes," proceed to question 1.b. If no, your verdict is for the Defendants.

1.b. What is the total damages Plaintiff is entitled to recover for this claim?

$ __106,000__ plus legal fees

## DEFENDANTS' AFFIRMATIVE DEFENSE

1. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas failed to mitigate his damages by not taking reasonable steps to avoid further injury and reduce his loss?

   Yes _____   No __X__

2. If you awarded Plaintiff John Xereas damages, and answered number 1 above affirmatively, by what amount of monetary damages do you decrease his award as a result of Plaintiff's failure to mitigate damages, if any?

   Reduced Damages:       $_____

## DEFENDANTS' COUNTERCLAIMS

### Breach of Contract

1. Have Defendants proven by a preponderance of the evidence that Plaintiff breached the written terms of the operating agreement?

Yes _____    No __X__

If the answer is "Yes," proceed to question 1.a. If no, your verdict is for the Plaintiff.

1.a. Have Defendants proven by a preponderance that they suffered damages as a result of Plaintiff's breach?

Yes _____    No _____

If the answer is "Yes," proceed to question 1.b. If no, your verdict is for the Plaintiff.

1.b. What is the total damages Defendants are entitled to recover for this claim?

$_____

### Breach of the Duty of Good Faith and Fair Dealing

2. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas breached his duty of good faith and fair dealing?

Yes _____    No __X__

2.a. Have Defendants proven by a preponderance that they suffered damages as a result of Plaintiff's breach?

Yes _____    No __X__

If the answer is "Yes," proceed to question 2.b. If no, your verdict is for the Plaintiff.

2.b. What is the total damages Defendants are entitled to recover for this claim?

$_____

## Tortious Interference with Defendants' Existing Business Relationships

3. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas had knowledge of and intentionally interfered with Defendants' existing business relationships in a way that caused a third party to breach or end the relationship with Defendants?

Yes _____ No  X

3.a. If you answered yes to question 3, what is the total damages Defendants are entitled to recover for this claim?

$_____

## Tortious Interference with Defendants' Prospective Business Relationships

4. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas had knowledge of and intentionally interfered with Defendants' prospective business relationships in a way that caused a third party to breach or end the relationship with Defendants?

Yes _____ No  X

4.a. If you answered yes to Question 4, what is the total damages Defendants are entitled to recover for this claim?

$_____

## Breach of Fiduciary Duty

5. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas owed fiduciary duties to the LLC?

Yes _____  No __X__

5.a. If you answered yes to Question 5, fave Defendants proven by a preponderance of the evidence that Plaintiff John Xereas breached his fiduciary duties to the LLC?

Yes _____  No _____

5.b. If you answered yes to Question 5.a., what is the total damages Defendants are entitled to recover for this claim?

$_____

## Conversion

7. Have Defendants proven by a preponderance of the evidence that Plaintiff John Xereas is liable for conversion?

Yes __X__            No _____

7.a. If you answered yes to Question 7, what is the total damages Defendants are entitled to recover for this claim?

$ _Return computer_

## PLAINTIFF'S AFFIRMATIVE DEFENSE

1. Has Plaintiff proven by a preponderance of the evidence that Defendants failed to mitigate their damages by not taking reasonable steps to avoid further injury and reduce their loss?

Yes _____   No   X

2. If you awarded Defendants damages, and answered number 1 above affirmatively, by what amount of monetary damages do you decrease their award as a result of Defendants' failure to mitigate damages, if any?

Reduced Damages:   $_____

YOUR DELIBERATIONS HAVE NOW ENDED. THE FOREGOING IS THE VERDICT OF THE JURY. THE FOREPERSON MUST SIGN AND DATE BELOW:

_____   11/16/18
Foreperson         Date

7