UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
JOHN N. XEREAS                        )
                                      )
        Plaintiff,                    )
                                      )   Case No. 12-456
v.                                    )
                                      )
MARJORIE A. HEISS, *et al.*,          )
                                      )
        Defendants                    )
_____)


## DEFENDANTS' MOTION TO CORRECT MINUTE ENTRY
## OF NOVEMBER 19, 2018.

On November 19, 2018, the Court entered a Minute entry that stated that they jury in the above captioned case entered a Verdict against Defense on all Defendants' remaining counter claims. In fact, the jury returned a verdict in favor of the Defense on the Defendants' conversion counterclaim. Defendants respectfully request that the Minute Entry be revised to reflect this fact.

Respectfully submitted,

 _/s/_____
William T. O'Neil
Bar No. 426107
THE O'NEIL GROUP LLC
1629 K Street, N.W.
Washington, DC 20006
Telephone (202) 684-7140
Facsimile ((202) 517-9179
woneil@oneilgroupllc.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Defendants Motion to Correct the Court's Minute Entryy of November 19, 2018 was served on November 19, 2018, by ecf and email on counsel of record noted below:

>W. Todd Miller, Esq.
>Baker & Miller PLLC
>2401 Pennsylvania Ave, NW
>Suite 300
>Washington, D.C. 20037
>Attorney for John Xereas

>Tony C. Richa, Esq.
>Richa Law Group, P.C.
>4800 Hampden Lane
>Suite 200
>Bethesda, MD 20814
>Attorney for John Xereas

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　William T. O'Neil