UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. XEREAS,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>MARJORIE A. HEISS,<br>GEOFFREY O.S. DAWSON, and<br>PENN SOCIAL, LLC f/k/a Riot Act DC, LLC,<br><br>Defendants / Counterclaim Plaintiffs. | Civil Action No. 1:12-cv-00456-DAR |

**PLAINTIFF'S MOTION TO RESET ORAL ARGUMENT
FOR MOTIONS [234], [235], [236], and [237]**

Plaintiff John N. Xereas ("Plaintiff") hereby requests that the Honorable Magistrate Judge Deborah A. Robinson reschedule the Oral Argument for Motions at [234], [235], [236], and [237] previously scheduled to be heard on March 7, 2019, to now be held on April 18, 2019, at 10:30 AM. Mr. Richa, counsel for Plaintiff, is unavailable on the date set by the Court on February 5, 2019. Defendants consent to this request.

Dated: March 1, 2019

Respectfully submitted,

/s/ Tony C. Richa
Tony C. Richa
richa@richalawgroup.com
RICHA LAW GROUP, P.C.
One Bethesda Center
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: 301-424-0222
Fax: 301-576-8600

/s/ Amber L. McDonald
W. Todd Miller (D.C. Bar No. 414930)
Amber L. McDonald (D.C. Bar No. 974873)
Erin Glavich (Admitted Pro Hac Vice)
tmiller@bakerandmiller.com

amcdonald@bakerandmiller.com
eglavich@bakerandmiller.com
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW Suite 300
Washington, DC 20037
Telephone: 202-663-7820
Fax: 202-663-7849

*Attorneys for Plaintiff John N. Xereas*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby affirm and declare that on March 1, 2019, I caused a true and correct copy of the foregoing to be served on all Parties registered for this case via the Court's ECF system.

/s/ Amber L. McDonald
Amber L. McDonald
