UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN N. XEREAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARJORIE A. HEISS, *et al.*, )<br>)<br>Defendants ) | Case No. 12-456 |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants oppose Plaintiff John Xereas' motion for leave to file a sur-reply. Sur-reply briefs are generally disfavored. *Kifafi v. Hilton Hotels Ret. Plan*, 736 F.Supp.2d 64, 69 (D.D.C. 2010), aff'd, 701 F.3d 718 (D.C. Cir. 2012). Defendants raised no "truly new" arguments in their reply memorandum, such as a new basis for granting the summary judgment motion. Instead, Defendants addressed the arguments raised by Plaintiff in opposing Defendants' motion for summary judgment. A sur-reply is not justified to correct "an alleged mischaracterization." See *United States v. Sum of $70,990,*605, 4 F.Supp.3d 209, 215 (D.D.C. 2014). For this reason, the Court should deny Plaintiff's request for leave to file a sur-reply.

Respectfully submitted,

/s/ William T. O'Neil
William T. O'Neil
Bar No. 426107
The Law Office of William O'Neil
2445 M Street, N.W.
Washington, DC 20037
Telephone (202) 684-7140
Facsimile ((202) 517-9179
woneil@oneilgroupllc.com

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of December 2021, I have caused the foregoing Opposition to Plaintiff's Motion for Leave to File a Sur-Reply Brief be served by operation of the Court's CM/ECF system upon the following:

> W. Todd Miller, Esq.
> Baker & Miller PLLC
> 2401 Pennsylvania Ave, NW
> Suite 300
> Washington, D.C. 20037
> Attorney for John Xereas
>
> Tony C. Richa, Esq.
> Richa Law Group, P.C.
> 4800 Hampden Lane
> Suite 200
> Bethesda, MD 20814
> Attorney for John Xereas

_____
William T. O'Neil